# EXHIBIT B




# CENDANT

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: <u>SUPER 8 MOTEL</u>      UNIT: <u>01999</u>      DATE: <u>07/01/2004</u>

ADDRESS: <u>I-85 EXIT 79</u>

CITY: <u>LANETT</u>      STATE: <u>AL</u>

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  | X |
| Signage removed from interior public areas: |  | X |
| Billboards changed to remove name: |  | X |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  | X |
| Domain name removed from brochures & advertising: (www.motelname.com) |  | X |
| Returned confidential operations manuals & reservation equipment: |  | X |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens |  | X | Soap/Shampoo |  | X |
| Directories/Brochures |  | X | Key Tags |  | X |
| Business Cards |  | X | Credit Card Imprinter |  | X |
| Folios/Reg. Cards |  | X | Laundry Bags |  | X |
| Do-Not-Disturb Cards |  | X | Name Tags/Uniforms |  | X |
| Comment Cards |  | X | Ice Buckets/Trays |  | X |
| Telephone Plates |  | X | Ashtray/Matches |  | X |
| Telephone Dialing Instructions |  | X | Plaques |  | X |
| TV Channel ID plates |  | X | Guest Checks/Receipts | X |  |
| Rate/Law Cards |  | X | Menus | X |  |
| Door Signage |  | X | | | |

Comments: <u>ROOMS VIEWED #121, #111 AND #211</u>

QA Representative: *Robby Witcher*

Print Name: ROBBY WITCHER

01999 070104 DE



**Primary Sign**



**Primary Sign**









 **CENDANT**

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: <u>SUPER 8 MOTEL</u>          UNIT: <u>01999</u>          DATE: <u>08/02/2004</u>

ADDRESS: <u>I-85 EXIT 79</u>

CITY: <u>LANETT</u>                                STATE: <u>AL</u>

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  | X |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: | X |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | X |  |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: | X |  |
| Howard Johnson Gatelodge orange roof painted: | X |  |
| Howard Johnson Gatelodge cupola removed: | X |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens | X | | Soap/Shampoo | | X |
| Directories/Brochures | | X | Key Tags | X | |
| Business Cards | X | | Credit Card Imprinter | X | |
| Folios/Reg. Cards | X | | Laundry Bags | X | |
| Do-Not-Disturb Cards | | X | Name Tags/Uniforms | X | |
| Comment Cards | | X | Ice Buckets/Trays | | X |
| Telephone Plates | | X | Ashtray/Matches | X | |
| Telephone Dialing Instructions | | X | Plaques | X | |
| TV Channel ID plates | X | | Guest Checks/Receipts | X | |
| Rate/Law Cards | X | | Menus | X | |
| Door Signage | X | | | | |

Comments: <u>THE SUPER 8 OFFICE IS CLOSED AND LOCKED.   ALL GUEST HAS TO CHECK IN AT THE DAYS INN OFFICE AS</u>
<u>DAYS INN GUEST.  THE NEW OWNERS PLAN TO CONVERT THE SUPER 8 ROOMS INTO DAYS INN ROOMS.</u>

QA Representative: *Rodney B. Oliver*

Print Name:      RODNEY B. OLIVER

Unit #:  01999
Date:    08/02/2004

01999 080204 DE



**Primary Sign**



**Primary Sign**



EXTERIOR BUILDING SIGN BY DAYS INN DOOR ENTRANCE

GUEST ROOM ITEMS





DEIDPHTL



# C E N D A N T

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: SUPER 8 _____     UNIT: 01999 _____     DATE: 09/13/2004 _____

ADDRESS: I-85 EXIT 79 _____

CITY: LANETT _____     STATE: AL _____

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  | X |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: | X |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | X |  |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: | X |  |
| Howard Johnson Gatelodge orange roof painted: | X |  |
| Howard Johnson Gatelodge cupola removed: | X |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens |  | X | Soap/Shampoo |  | X |
| Directories/Brochures |  | X | Key Tags | X |  |
| Business Cards | X |  | Credit Card Imprinter | X |  |
| Folios/Reg. Cards | X |  | Laundry Bags | X |  |
| Do-Not-Disturb Cards |  | X | Name Tags/Uniforms | X |  |
| Comment Cards |  | X | Ice Buckets/Trays |  | X |
| Telephone Plates |  | X | Ashtray/Matches | X |  |
| Telephone Dialing Instructions |  | X | Plaques | X |  |
| TV Channel ID plates | X |  | Guest Checks/Receipts | X |  |
| Rate/Law Cards | X |  | Menus | X |  |
| Door Signage |  | X | | | |

Comments: THEY STILL HAVE A DOT SIGN ON I-85 SOUTH BOUND EXIT 79. THE SUPER 8 OFFICE IS LOCKED AND CLOSED. THEY ARE OPERATING OUT OF THE DAYS INN OFFICE. A SUPER 8 BUIDING SIGN IS ABOVE THE DAYS INN LOBBY ENTRANCE.

_____

_____

QA Representative: _Rodney B. Oliver_____

Print Name: _____RODNEY B. OLIVER_____



**Primary Sign**

**Primary Sign**





GUEST ROOM ITEMS

GUEST ROOM ITEMS





GUEST ROOM ITEMS

BUILDING SIGN BY DAYS INN OFFICE ENTRANCE



# C E N D A N T

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: SUPER 8 MOTEL                    UNIT: 01999                    DATE: 11/15/2004

ADDRESS:  2314 S. BROAD AVE. (I-85 , EXIT 79)

CITY:  LANETT                                              STATE: AL

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  | X |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: | X |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  | X |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: | X |  |
| Howard Johnson Gatelodge orange roof painted: | X |  |
| Howard Johnson Gatelodge cupola removed: | X |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens |  | X | Soap/Shampoo | X |  |
| Directories/Brochures |  | X | Key Tags | X |  |
| Business Cards | X |  | Credit Card Imprinter | X |  |
| Folios/Reg. Cards |  | X | Laundry Bags | X |  |
| Do-Not-Disturb Cards |  | X | Name Tags/Uniforms | X |  |
| Comment Cards |  | X | Ice Buckets/Trays |  | X |
| Telephone Plates |  | X | Ashtray/Matches | X |  |
| Telephone Dialing Instructions |  | X | Plaques | X |  |
| TV Channel ID plates | X |  | Guest Checks/Receipts |  | X |
| Rate/Law Cards | X |  | Menus | X |  |
| Door Signage |  | X | | | |

Comments: _____

_____

_____

_____

_____

QA Representative: *Rodney B. Oliver*

Print Name:        RODNEY B. OLIVER



**Primary Sign**



**Primary Sign**



BUILDING SIGN

S8 LOGOED  PENS AT FRONT DESK





GUEST ROOM DIRECTORY IN ROOMS

LOGOED GUEST ROOM ITEMS

01999 061705 DEID



# CENDANT

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: <u>SUPER 8 MOTEL</u>    UNIT: <u>01999</u>    DATE: <u>06/17/2005</u>

ADDRESS: <u>2314 S. BROAD AVE.</u>

CITY: <u>LANETT</u>    STATE: <u>AL</u>

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: | X |  |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: | X |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  |  |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: |  |  |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens | X | | Soap/Shampoo | X | |
| Directories/Brochures | X | | Key Tags | X | |
| Business Cards | X | | Credit Card Imprinter | | |
| Folios/Reg. Cards | | | Laundry Bags | X | |
| Do-Not-Disturb Cards | X | | Name Tags/Uniforms | X | |
| Comment Cards | X | | Ice Buckets/Trays | X | |
| Telephone Plates | X | | Ashtray/Matches | X | |
| Telephone Dialing Instructions | X | | Plaques | X | |
| TV Channel ID plates | X | | Guest Checks/Receipts | | |
| Rate/Law Cards | X | | Menus | | |
| Door Signage | X | | DOT SIGNS | | X |

Comments: <u>DOT Signs on I-85 North and South Exit 79.</u>

QA Representative: *Rodney B. Oliver*

Print Name:    RODNEY B. OLIVER

Produced using ACI software, 800.234.8727 www.aciweb.com

Quality Assurance

PTOC 0628002



**Primary Sign**



**Primary Sign**



01999 031805 DEID

 **CENDANT**

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: <u>SUP</u>                    UNIT: <u>1999</u>              DATE: <u>03/18/2005</u>

ADDRESS:  <u>2314 SOUTH BROAD AVE</u>

CITY:  <u>LANETT</u>                                       STATE: <u>AL</u>

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  | X |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: |  | X |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | X |  |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: |  |  |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens | X | | Soap/Shampoo | X | |
| Directories/Brochures | | X | Key Tags | X | |
| Business Cards | X | | Credit Card Imprinter | X | |
| Folios/Reg. Cards | X | | Laundry Bags | X | |
| Do-Not-Disturb Cards | X | | Name Tags/Uniforms | X | |
| Comment Cards | X | | Ice Buckets/Trays | X | |
| Telephone Plates | X | | Ashtray/Matches | X | |
| Telephone Dialing Instructions | X | | Plaques | X | |
| TV Channel ID plates | X | | Guest Checks/Receipts | X | |
| Rate/Law Cards | X | | Menus | X | |
| Door Signage | X | | | | |

Comments: <u>DOT SIGNS==THE HIGH RISE AND THE GUEST ROOM DIRECTORIES =THE PROPERTY IS A DAYS INN</u>

QA Representative: *Wilma S Clark*

Print Name:    WILMA CLARK

Produced using ACI software, 800 234.8727 www.sciweb.com

Quality Assurance

PTOC 0628002

# De-Id Photographs

01999 031805 DEID



**Primary Sign**



**Primary Sign**







01999 083105 DEID

 **C E N D A N T**

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: SUPER 8 MOTEL                    UNIT: 01999                    DATE: 08/31/2005

ADDRESS:  2314 S. BROAD AVE.  (I-85, EXIT 79)

CITY:  LANETT                                                STATE: AL

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  |  |
| Signage removed from interior public areas: |  |  |
| Billboards changed to remove name: |  |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  |  |
| Domain name removed from brochures & advertising: (www.motelname.com) |  |  |
| Returned confidential operations manuals & reservation equipment: |  |  |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens | | | Soap/Shampoo | | |
| Directories/Brochures | | | Key Tags | | |
| Business Cards | | | Credit Card Imprinter | | |
| Folios/Reg. Cards | | | Laundry Bags | | |
| Do-Not-Disturb Cards | | | Name Tags/Uniforms | | |
| Comment Cards | | | Ice Buckets/Trays | | |
| Telephone Plates | | | Ashtray/Matches | | |
| Telephone Dialing Instructions | | | Plaques | | |
| TV Channel ID plates | | | Guest Checks/Receipts | | |
| Rate/Law Cards | | | Menus | | |
| Door Signage | | | DOT Sign | X | |

Comments: _____

_____

_____

_____

_____

QA Representative: *Rodney B. Oliver*

Print Name:     RODNEY B. OLIVER

01999 083105 DEID



**Primary Sign**                    **Primary Sign**

01999 112805 DEID



**CENDANT**

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: SUPER 8 MOTEL               UNIT: 01999               DATE: 11/28/2005

ADDRESS: I-85 EXIT 79

CITY: LANETT                                        STATE: AL

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  |  |
| Signage removed from interior public areas: |  |  |
| Billboards changed to remove name: |  |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  |  |
| Domain name removed from brochures & advertising: (www.motelname.com) |  |  |
| Returned confidential operations manuals & reservation equipment: |  |  |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| | YES | NO | | | YES | NO |
|---|---|---|---|---|---|---|
| Stationery/Pads/Pens |  |  | Soap/Shampoo |  |  |  |
| Directories/Brochures |  |  | Key Tags |  |  |  |
| Business Cards |  |  | Credit Card Imprinter |  |  |  |
| Folios/Reg. Cards |  |  | Laundry Bags |  |  |  |
| Do-Not-Disturb Cards |  |  | Name Tags/Uniforms |  |  |  |
| Comment Cards |  |  | Ice Buckets/Trays |  |  |  |
| Telephone Plates |  |  | Ashtray/Matches |  |  |  |
| Telephone Dialing Instructions |  |  | Plaques |  |  |  |
| TV Channel ID plates |  |  | Guest Checks/Receipts |  |  |  |
| Rate/Law Cards |  |  | Menus |  |  |  |
| Door Signage |  |  |  |  |  |  |

Comments: _____

_____

_____

_____

_____

QA Representative: *Rodney B. Oliver*

Print Name:    RODNEY B. OLIVER

Produced using ACI software, 800.234.8727 www.aciweb.com
Quality Assurance

PTOC0628002

# De-Id Photographs

Unit #:  01999
Date:   11/28/2005

01999 112805 DEID



**Primary Sign**

**Primary Sign**

01999 121205 DEID



# POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: <u>SUPER 8 MOTEL</u>          UNIT: <u>01999</u>          DATE: <u>12/12/2005</u>

ADDRESS: <u>I-85 EXIT 79</u>

CITY: <u>LANETT</u>          STATE: <u>AL</u>

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  |  |
| Signage removed from interior public areas: |  |  |
| Billboards changed to remove name: |  |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  |  |
| Domain name removed from brochures & advertising: (www.motelname.com) |  |  |
| Returned confidential operations manuals & reservation equipment: |  |  |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens |  |  | Soap/Shampoo |  |  |
| Directories/Brochures |  |  | Key Tags |  |  |
| Business Cards |  |  | Credit Card Imprinter |  |  |
| Folios/Reg. Cards |  |  | Laundry Bags |  |  |
| Do-Not-Disturb Cards |  |  | Name Tags/Uniforms |  |  |
| Comment Cards |  |  | Ice Buckets/Trays |  |  |
| Telephone Plates |  |  | Ashtray/Matches |  |  |
| Telephone Dialing Instructions |  |  | Plaques |  |  |
| TV Channel ID plates |  |  | Guest Checks/Receipts |  |  |
| Rate/Law Cards |  |  | Menus |  |  |
| Door Signage |  |  |  |  |  |

Comments:

QA Representative: *Rodney B. Oliver*

Print Name:     RODNEY B. OLIVER

Produced using ACI software, 800.234.8727 www.aciweb.com

Quality Assurance

PTOC 0626002

# De-Id Photographs

Unit #:  01999
Date:   12/12/2005

01999 121205 DEID



**Primary Sign**                                    **Primary Sign**

DEIDPHTL