UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2006 MAR -2  P 4:10

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| SUPER 8 MOTELS, INC. | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 2:06CV206-DRB |
| JALA INVESTMENTS, INC., HIMAT, INC., CHANDRAKANT PATEL, and DHIRAJLAL PATEL | ) |
| Defendants. | ) |

## RULE 7.1 DISCLOSURE OF PLAINTIFF SUPER 8 MOTELS, INC.

Plaintiff Super 8 Motels, Inc. ("SMI"), in accordance with Rule 7.1 of the Federal Rules of Civil Procedure, makes the following disclosure:

1. SMI is a wholly-owened subsidiary of Cendant Hotel Group, Inc., which is wholly-owned by Cendant Corporation.

2. Cendant Corporation is a publicly traded corporation.

3. SMI has no subsidiaries and no company other than as mentioned herein owns more that 10% of SMI.

Respectfully submitted this 1st day of March, 2006.

_____
Robin G. Laurie, One of the
Attorneys for Plaintiff
Super 8 Motels, Inc.

OF COUNSEL:
Robin G. Laurie (LAU006)
Kelly F. Pate (FIT014)

165845.1

Balch & Bingham LLP
P. O. Box 78
Montgomery, Alabama 36101
(334) 834-6500
(334) 269-3115 fax

165845.1    2