AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

**MIDDLE DISTRICT OF ALABAMA**
EASTERN DIVISION

SUPER 8 MOTELS, INC.

V.

JALA INVESTMENTS, INC., HIMAT, INC.,
CHANDRAKANT PATEL, and DHIRAJLAL PATEL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

2:06CV206-DRB

TO: (Name and address of defendant)

    Jala Investments, Inc.
    2314 South Broad Avenue
    Lanett, AL 36863

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

    Robin G. Laurie
    BALCH & BINGHAM LLP
    The Winter Building
    2 Dexter Avenue
    Montgomery, Alabama  36104-3515
    Telephone:  334/834-6500
    Telecopier:  334/269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_            3-7-06
CLERK                                                                                          DATE

(BY) DEPUTY CLERK

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

### MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SUPER 8 MOTELS, INC.

v.

JALA INVESTMENTS, INC., HIMAT, INC.,
CHANDRAKANT PATEL, and DHIRAJLAL PATEL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06CV206-DRB

TO: (Name and address of defendant)

Dhirajlal Patel
3530 North Henry Boulevard
Stockbridge, GA 30281

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Robin G. Laurie
BALCH & BINGHAM LLP
The Winter Building
2 Dexter Avenue
Montgomery, Alabama 36104-3515
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

_____           3-7-06
CLERK                                     DATE

_____
(BY) DEPUTY CLERK

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

**MIDDLE DISTRICT OF ALABAMA**
EASTERNDIVISION

SUPER 8 MOTELS, INC.

V.

JALA INVESTMENTS, INC., HIMAT, INC.,
CHANDRAKANT PATEL, and DHIRAJLAL PATEL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06CV206-DRB

TO: (Name and address of defendant)

Himat, Inc.
3530 North Henry Blvd.
Stockbridge, Georgia 30281

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Robin G. Laurie
BALCH & BINGHAM LLP
The Winter Building
2 Dexter Avenue
Montgomery, Alabama 36104-3515
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

3·7·06

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

**MIDDLE DISTRICT OF ALABAMA**
EASTERNDIVISION

SUPER 8 MOTELS, INC.

V.

JALA INVESTMENTS, INC., HIMAT, INC.,
CHANDRAKANT PATEL, and DHIRAJLAL PATEL.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06CV206-DRB

TO: (Name and address of defendant)

Chandrakant Patel
3530 North Henry Blvd.
Stockbridge, Georgia 30281

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Robin G. Laurie
BALCH & BINGHAM LLP
The Winter Building
2 Dexter Avenue
Montgomery, Alabama  36104-3515
Telephone:  334/834-6500
Telecopier:  334/269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

_____
(BY) DEPUTY CLERK

3·7·06

DATE