**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: *Suyu 8*

   Jala Investments, Inc.
   2314 South Broad Avenue
   Lanett, Alabama 36863

   *Sum i cmp (20)*

2. Article Number *(Copy from service label)*: 7005 0390 0001 0085 0431

PS Form 3811, July 1999    Domestic Return Receipt    *06-206*    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by *(Please Print Clearly)*    B. Date of Delivery: 3/8

C. Signature: *Jaime Keeble*
   ☐ Agent
   ☒ Addressee

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered    ☒ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*    ☐ Yes