AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN DIVISION

SUPER 8 MOTELS, INC.

**ALIAS SUMMONS IN A CIVIL CASE**

v.

CASE NUMBER: 03:06-CV-206

JALA INVESTMENTS, INC., HIMAT, INC., CHANDRAKANT PATEL, and DHIRAJLAL PATEL.

TO: (Name and address of defendant)

Chandrakant Patel
2314 South Broad Avenue
Lanett, AL 36863

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Robin G. Laurie
BALCH & BINGHAM LLP
The Winter Building
2 Dexter Avenue
Montgomery, Alabama 36104-3515
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

3-20-06

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

## MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

SUPER 8 MOTELS, INC.

**ALIAS**
**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 03:06-CV-206

JALA INVESTMENTS, INC., HIMAT, INC.,
CHANDRAKANT PATEL, and DHIRAJLAL PATEL.

TO: (Name and address of defendant)

Himat, Inc.
Registered Agent, Jayram Patel
2314 South Broad Avenue
Lanett, AL 36863

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Robin G. Laurie
BALCH & BINGHAM LLP
The Winter Building
2 Dexter Avenue
Montgomery, Alabama 36104-3515
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

3-20-06

_____
CLERK

_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

## MIDDLE DISTRICT OF ALABAMA
### EASTERN DIVISION

SUPER 8 MOTELS, INC.

**ALIAS**
**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 03:06-CV-206

JALA INVESTMENTS, INC., HIMAT, INC.,
CHANDRAKANT PATEL, and DHIRAJLAL PATEL.

TO: (Name and address of defendant)

Dhirajlal Patel
2314 South Broad Avenue
Lanett, AL 36863

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Robin G. Laurie
BALCH & BINGHAM LLP
The Winter Building
2 Dexter Avenue
Montgomery, Alabama  36104-3515
Telephone:  334/834-6500
Telecopier:  334/269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

3-20-06

DATE