UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED

2006 MAR 28 P 2: 40

| | |
|---|---|
| SUPER 8 MOTELS, INC. | ) |
| Plaintiff, | ) |
| v. | ) 2:06 CV 206-DRB |
| JALA INVESTMENTS, INC., HIMAT, INC., CHANDRAKANT PATEL, and DHIRAJLAL PATEL | ) |
| Defendants. | ) |

## ANSWER

COMES NOW, the defendant, JALA Investments, Inc., in the above-styled cause and for answer to the plaintiff's complaint states as follows:

### FIRST DEFENSE

This defendant pleads not guilty.

### SECOND DEFENSE

This defendant pleads that venue is improper.

### THIRD DEFENSE

This defendant pleads that service is improper.

### FOURTH DEFENSE

This defendant denies each and every material allegation and demands strict proof thereof.

### FIFTH DEFENSE

This defendant pleads the affirmative defense of contributory negligence.

## SIXTH DEFENSE

This defendant denies that the plaintiff is injured to the extent as alleged in the complaint and demands strict proof thereof.

## EIGHTH DEFENSE

This defendant states that this matter is due to be dismissed as the complaint was filed outside of the applicable statute of limitations.

## NINTH DEFENSE

This defendant specifically reserves the right to amend its answer as future discovery may dictate.

_____
Perry G. Jackson, Attorney for
Defendant JALA Investments, Inc.
Attorney Bar Code: JAC070

Of Counsel:

Perry G. Jackson
2229 Morris Avenue
Birmingham, AL 35203
205-323-6170
Fax 205-278-3430
perrygjackson@hotmail.com

## CERTIFICATE OF SERVICE

    I hereby certify that I have this the 27th day of March, 2006, served a copy of the foregoing to all attorneys of record by placing of copy of same in the United States Mail, postage prepaid and properly addressed as follows:

Robin G. Laurie, Esq.
Balch & Bingham, LLP
Post Office Box 78
Montgomery, AL 36101

Jayram Patel
Himat, Inc.
2314 South Broad Avenue
Lanett, AL 36863

Chandrakant Patel
3530 North Henry Boulevard
Stockbridge, GA 30281

Dhirajlal Patel
3530 North Henry Boulevard
Stockbridge, GA 30281

_____
OF COUNSEL