AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

**MIDDLE DISTRICT OF ALABAMA**
EASTERN DIVISION

SUPER 8 MOTELS, INC.

v.

JALA INVESTMENTS, INC., HIMAT, INC.,
CHANDRAKANT PATEL, and DHIRAJLAL PATEL.

**ALIAS
SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03:06-CV-206

TO: (Name and address of defendant)

Dhirajlal Patel
305 Cameron Landing Drive
Stockbridge, Georgia 30281

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Robin G. Laurie
BALCH & BINGHAM LLP
The Winter Building
2 Dexter Avenue
Montgomery, Alabama 36104-3515
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

4/3/06

DATE

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

**MIDDLE DISTRICT OF ALABAMA**
EASTERN DIVISION

SUPER 8 MOTELS, INC.

V.

JALA INVESTMENTS, INC., HIMAT, INC., CHANDRAKANT PATEL, and DHIRAJLAL PATEL.

**ALIAS**
**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03:06-CV-206

TO: (Name and address of defendant)

Chandrakant Patel
305 Cameron Landing Drive
Stockbridge, Georgia 30281

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Robin G. Laurie
BALCH & BINGHAM LLP
The Winter Building
2 Dexter Avenue
Montgomery, Alabama 36104-3515
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

4·3·06

DATE

AO 440 (rev. 10/93) Summons in a Civil Action

# United States District Court

**MIDDLE DISTRICT OF ALABAMA**
EASTERN DIVISION

SUPER 8 MOTELS, INC.

V.

JALA INVESTMENTS, INC., HIMAT, INC.,
CHANDRAKANT PATEL, and DHIRAJLAL PATEL.

**ALIAS
SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03:06-CV-206

TO: (Name and address of defendant)

Himat, Inc.
John A. Christy, Esq., registered agent
1600 Candler Building
Atlanta, Georgia 30303

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY ((name and address)

Robin G. Laurie
BALCH & BINGHAM LLP
The Winter Building
2 Dexter Avenue
Montgomery, Alabama  36104-3515
Telephone: 334/834-6500
Telecopier: 334/269-3115

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demand in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

_[signature]_
(BY) DEPUTY CLERK

4-3-06
DATE