| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery  4-5-20<br>C. Signature<br>X  H. C. *[signature]*  ☐ Agent  ☐ Addressee |
| 1. Article Addressed to:  *Super 8*<br><br>Chandrakant Patel<br>305 Cameron Landing Drive<br>Stockbridge, Georgia 30281<br><br>*alias Sun é inp (20)* | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>WARSH<br><br>3. Service Type<br>☑ Certified Mail    ☐ Express Mail<br>☐ Registered    ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. 7003 0500 0000 1375 2157 | |

PS Form 3811, July 1999   Domestic Return Receipt   06-206   102595-00-M-0952

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Dhirajlal Patel
305 Cameron Landing Drive
Stockbridge, Georgia 30281

*Supp 8*

*alias per (20)*

7003 0500 0000 1375 2126

PS Form 3811, July 1999    Domestic Return Receipt    06-206    102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)    B. Date of Delivery
                                          4.5.2006

C. Signature
X    *M. Patel*
☐ Agent
☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

HANSA

3. Service Type
☑ Certified Mail    ☐ Express Mail
☑ Registered    ☑ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes