**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Himat, Inc.
   John A. Christy, Esq., registered agent
   1600 Candler Building
   Atlanta, Georgia 30303

   7003 0500 0000 1375 2140

PS Form 3811, July 1999      Domestic Return Receipt      06-206      102595-00-M-0952

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): J. WALKER
B. Date of Delivery: 4-10-06
C. Signature: X [signature]
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from Item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☑ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes