IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:06cv206-MHT |
| ) | |
| JALA INVESTMENTS, INC., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

## ORDER

It is ORDERED that the motion for extension of deadline (doc. no. 13) is granted.

DONE, this the 27th day of April, 2006.

                         /s/ Myron H. Thompson
                      UNITED STATES DISTRICT JUDGE