ORIGINAL RECEIVED

2006 MAY -2 A 10: 33

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

UNITED STATES DISTRICT COURT
MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 03-06-cv-206-DRB |
| vs. ) | |
| ) | |
| JALA INVESTMENTS, INC., HIMAT, INC., ) | |
| CHANDRAKANT PATEL, and ) | |
| DHIRAJLAL PATEL ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice*

I, John A. Christy, am an attorney duly licensed to practice law before all courts in the State of Georgia, and am a member in good standing with the State Bar of Georgia. In addition, I am admitted to practice, and in rest good standing with the United States District Court for the Northern District of Georgia. Attached hereto as Exhibit "A" is an original Certificate of Good Standing dated April 21, 2006, issued by the U.S. District Court, Northern District of Georgia.

Pursuant to Local Rule 83.1(a)1)(B), I motion this Court for admission, *pro hac vice*, before the Honorable Delores R. Boyd, to represent HiMat, Inc., Chandrakant Patel and Dhirajlal Patel, defendants in the above captioned case. My contact information is as follows:

> Schreeder, Wheeler & Flint, LLP
> 127 Peachtree St., N.E., Suite 1600
> Atlanta, Georgia 30303-1845
> Telephone: (404) 681-3450
> Facsimile: (404) 681-1046
> Email: JCHRISTY@SWFLLP.COM;

1

I agree to pay the court fee of $20.00 upon approval by the Court admitting me to practice *pro hac vice*. Applicant has associated Shannon Holliday of Copeland, Franco, Screws & Gill, P.A., 44 South Perry Street, Box 347, Montgomery, Alabama 36101, as local counsel in this case.

Executed this 1st day of May, 2006 at Atlanta, Georgia.

                                                John A. Christy
                                                Georgia Bar No. 125518

Schreeder, Wheeler & Flint, LLP
127 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30303-1845
Telephone: (404)681-3450
Facsimile: (404) 681-1046

K:\4995\2\Pleadings\Application for Pro hac vice.doc

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing **MOTION FOR ADMISSION TO PRACTICE,** *Pro Hac Vice;* and **PROPOSED ORDER** upon opposing counsel by United States first class mail and by placing a copy of same in a properly addressed envelope with adequate prepaid postage affixed addressed to:

>Kelly Fitzgeral Pate, Esq.
>Robin Garrett Laurie, Esq.
>Balch & Bingham, LLP
>P.O. Box 78
>Montgomery, AL 36101
>
>Shannon Holliday
>Copeland, Franco, Screws & Gill, P.A.
>44 South Perry Street
>Box 347
>Montgomery, Alabama 36101

This the 1st day of May, 2006.

_____
JOHN A. CHRISTY

SCHREEDER, WHEELER & FLINT, LLP
1600 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 681-3450

K:\4995\2\Pleadings\Application for Pro hac vice.doc