UNITED STATES DISTRICT COURT
MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 03-06-cv-206-DRB |
| vs. ) | |
| ) | |
| JALA INVESTMENTS, INC., HIMAT, INC., ) | |
| CHANDRAKANT PATEL, and ) | |
| DHIRAJLAL PATEL ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**ORDER OF ADMISSION TO PRACTICE,** *Pro Hac Vice*

Upon consideration of the Motion by attorney John A. Christy, a member in good standing with both the bar in the State of Georgia, and the bar of the U.S. District Court for the Northern District of Georgia for admission, ***pro hac vice****,* to represent HiMat, Inc., Chandrakant Patel and Dhirajlal Patel, defendants in the above-captioned case,

**IT IS HEREBY ORDERED:**

John A. Christy, Esq., is admitted to practice, ***pro hac vice***, in the above referenced case in the United States District Court, Middle District of Alabama, Eastern Division, subject to payment of the filing fee.


Dated:_____           _____
                                 Honorable Delores R. Boyd
                                 United States District Court Judge

1