IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| SUPER 8 MOTELS, INC., | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 3:06cv206-MHT |
| | ) | |
| JALA INVESTMENTS, INC., | ) | |
| et al., | ) | |
| | ) | |
|    Defendants. | ) | |

## ORDER

It is ORDERED that the motion for admission pro hac vice (doc. no. 16) is granted.

DONE, this the 5th day of May, 2006.

                           /s/ Myron H. Thompson
                           UNITED STATES DISTRICT JUDGE