IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC. )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JALA INVESTMENTS, INC., HIMAT, INC., )<br>CHANDRAKANT PATEL, and )<br>DHIRAJLAL PATEL )<br>)<br>Defendants. )<br>) | No. 03-06-cv-206-DRB |

## **DEFENDANT'S CERTIFICATE OF SERVICE OF DISCOVERY**

I hereby certify that I have this day served counsel of record with *Defendant HIMAT, Inc.'s First Continuing Interrogatories to Plaintiff,* and *Defendant HIMAT, Inc.'s First Request for Production of Documents to Plaintiff,* along with a copy of this certificate, by depositing copies of same in the United States first class mail in envelopes with adequate postage affixed thereto addressed as follows:

> Kelly Fitzgerald Pate, Esq.
> Robin Garrett Laurie, Esq.
> Balch & Bingham, LLP
> P.O. Box 78
> Montgomery, AL 36101

Perry G. Jackson, Esq.  
2229 Morris Avenue  
Birmingham, AL 35203

This 12th day of September, 2006.

\s\ John A. Christy  
JOHN A. CHRISTY  
Georgia Bar No. 125518

Schreeder, Wheeler & Flint, LLP  
1600 Candler Building  
127 Peachtree Street, N.E.  
Atlanta, Georgia 30303  
(404) 681-3450

K:\4995\2\Pleadings\COS (HIMET)First RFPD.doc