IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SUPER 8 MOTELS, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-06-cv-206-DRB |
| vs. | ) | |
| | ) | |
| JALA INVESTMENTS, INC., HIMAT, INC., | ) | |
| CHANDRAKANT PATEL, and | ) | |
| DHIRAJLAL PATEL | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANT'S CERTIFICATE OF SERVICE OF DISCOVERY

I hereby certify that I have this day served counsel of record with *Defendant HIMAT, Inc.'s First Continuing Interrogatories to Plaintiff*, and *Defendant HIMAT, Inc.'s First Request for Production of Documents to Plaintiff*, along with a copy of this certificate, by depositing copies of same in the United States first class mail in envelopes with adequate postage affixed thereto addressed as follows:

> Kelly Fitzgerald Pate, Esq.
> Robin Garrett Laurie, Esq.
> Balch & Bingham, LLP
> P.O. Box 78
> Montgomery, AL 36101

Perry G. Jackson, Esq.
2229 Morris Avenue
Birmingham, AL 35203

This 12th day of September, 2006.

\s\ John A. Christy
JOHN A. CHRISTY
Georgia Bar No. 125518

Schreeder, Wheeler & Flint, LLP
1600 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 681-3450

K:\4995\2\Pleadings\COS (HIMET)First RFPD.doc