UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-00206-MHT |
| ) | |
| JALA INVESTMENTS, INC., et al. ) | |
| ) | |
| Defendant. ) | |

## SUPER 8 MOTELS, INC.'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Super 8 Motels, Inc. ("SMI") moves the Court to enter, pursuant to Rule 56 of the Federal Rules of Civil Procedure, summary judgment in its favor dismissing this action as to it, on the ground that there is no genuine issue as to any material fact and that Auburn University is entitled to a judgment as a matter of law. This motion is based upon the pleadings and evidentiary materials listed in the submission statement filed with this motion.

Respectfully submitted this 6th day of November, 2006.

s/Robin G. Laurie
One of the Attorneys for Plaintiff
Super 8 Motels, Inc.

OF COUNSEL:
Robin G. Laurie (LAU006)
rlaurie@balch.com
Kelly F. Pate (FIT014)
kpate@balch.com
Balch & Bingham LLP
P. O. Box 78
Montgomery, Alabama 36101
(334) 834-6500
(334) 269-3115 fax

173518.1

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Post Office depository on the 6th day of November, 2006.

John A. Christy, Esq.
Schreeder, Wheeler & Fling, LLP
1600 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303


Shannon L. Holliday, Esq.
Copeland Franco Screws & Gill, P.A.
444 South Perry Street
Montgomery, Alabama 36104


Perry G. Jackson, Esq.
Roberts & Fish P.C.
Lakeshore Park Plaza
2204 Lakeshore Drive, Suite 205
Birmingham, AL 35209


            /sRobin G. Laurie
              Of Counsel