UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **SUPER 8 MOTELS, INC.** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:06-cv-00206-MHT |
| ) | |
| **JALA INVESTMENTS, INC., et al.** ) | |
| ) | |
| Defendant. ) | |

**SUPER 8 MOTELS, INC.'S SUBMISSION STATEMENT IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

Plaintiff Super 8 Motels, Inc. ("SMI") submits the following evidence in support of its motion for summary judgment:

**EXHIBIT 1** - Affidavit of Valeria Capers Workman and exhibits thereto:

1. **Exhibit A:** Franchise Agreement between SMI and Himat, Inc. and Guaranty

2. **Exhibit B:** Special Warranty Deed in favor of JALA Investments, Inc.

3. **Exhibit C:** Handwritten note from Defendant Himat, Inc. regarding foreclosure

4. **Exhibit D:** Cease and Desist Letters

5. **Exhibit E:** Itemized Statement of Outstanding Recurring Fees

6. **Exhibit F:** Notice of Termination of Franchise Agreement

7. **Exhibit G:** Post Termination Obligations Checklist

8. **Exhibit H:** Consolidated Discovery Requests to Defendant JALA Investments, Inc.

173517.1

Respectfully submitted this 6th day of November, 2006.

s/Robin G. Laurie<br>
One of the Attorneys for Plaintiff<br>
Super 8 Motels, Inc.

OF COUNSEL:
Robin G. Laurie (LAU006)
rlaurie@balch.com
Kelly F. Pate (FIT014)
kpate@balch.com
Balch & Bingham LLP
P. O. Box 78
Montgomery, Alabama 36101
(334) 834-6500
(334) 269-3115 fax

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing and/or that a copy of the foregoing has been served upon the following by United States Post Office depository on the 6th day of November, 2006.

John A. Christy, Esq.
Schreeder, Wheeler & Fling, LLP
1600 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303

Shannon L. Holliday, Esq.
Copeland Franco Screws & Gill, P.A.
444 South Perry Street
Montgomery, Alabama 36104

Perry G. Jackson, Esq.
Roberts & Fish P.C.
Lakeshore Park Plaza
2204 Lakeshore Drive, Suite 205
Birmingham, AL 35209

/sRobin G. Laurie
Of Counsel

173517.1                                  2