# EXHIBIT B

Case 3:06-cv-00206-MHT-TFM   Document 26-4   Filed 11/06/2006   Page 1 of 15

C:\Program Files\Microsoft Office\Templates\BB Templates\Blank.dot

**PREPARED BY:**
Upon recording return to:
Carol Perry
Chicago Title Insurance Agency
270 N. Loop 1604 East, Suite 210
San Antonio, Texas 78232

### SPECIAL WARRANTY DEED

THIS SPECIAL WARRANTY DEED is made effective as of the 7th day of May, 2004, by and between **CSFB 1998-C1 SOUTH BROAD AVENUE, LLC**, a Delaware limited liability company ("**Grantor**"), whose address is c/o Lennar Partners, Inc., 1601 Washington Avenue, Suite 700, Miami Beach, Florida 33139, and **JALA INVESTMENTS, INC.**, an Alabama corporation ("**Grantee**"), whose address is 1705 Columbus Parkway, Opelika, Alabama 36804.

GRANTOR, for and in consideration of the sum of Ten Dollars and other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, grants to GRANTEE, its successors and assigns, all of the real property situated in the County of Chambers and State of Alabama, which is more particularly described on **Exhibit "A"** attached hereto and fully incorporated herein (the "**Property**"), but SUBJECT, HOWEVER, TO:

(1) Real property taxes and assessments for the year 2004 and thereafter;

(2) Zoning and other regulatory laws and ordinances affecting the premises;

(3) Matters that would be disclosed by an accurate survey;

(4) Any plat affecting the premises;

(5) Easements, rights of way, limitations, conditions, covenants, restrictions, and other matters of record; and

(6) Any and all rights of redemption on the part of those parties entitled to redeem under the laws of the Sate of Alabama and the Untied States of America by virtue of that certain foreclosure evidenced by Mortgage Foreclosure Deed dated February 26, 2004, recorded as Document #2004-884, page 1 of 7 in the Office of Judge of Probate of Chambers County, Alabama.

GRANTOR, for its successors and assigns, does hereby covenant with GRANTEE to warrant and defend the title to the Property against the lawful claims of all persons claiming by, through, or under the GRANTOR, but against none other.

Send Tax Index Notice to 1705 Columbus Parkway, Opelika, Alabama 36804. **(GRANTEE ADDRESS)**

\72496\20789\ # 674292 v 1
4/30/04 3:11 PM

| CHAMBERS COUNTY, ALABAMA | REC $17.25 | DEED $1.00 | 05/21/2004 | #2004-2478 |
| JOHN T. CROWDER, PROBATE JUDGE | | | 08:01:00AM | 1 OF 3 |

IN WITNESS WHEREOF, Grantor has caused these presents to be executed the day and year first above written.

Signed, sealed and delivered in the presence of:

Attest: _____
Name: Thomas F. Nealon III
Title: Assistant Secretary

Signature: _____
Print Name: LAURA SCANDELLA

Signature: _____
Print Name: Pierre Alfred Desroches

CSFB 1998-C1 SOUTH BROAD AVENUE, LLC, a Delaware limited liability company

By:   Lennar Alabama Partners, Inc., a
      Delaware corporation, its manager

By: _____ (SEAL)
Name: Steven D. Ferreira
Title: Vice President

STATE OF FLORIDA       )
                       ) SS.
COUNTY OF MIAMI-DADE   )

I, the undersigned authority, a Notary Public in and for the State at Large, hereby certify that Steven D. Ferreira, whose name as Vice President of Lennar Alabama Partners, Inc., a Delaware corporation, as manager of CSFB 1998-C1 SOUTH BROAD AVENUE, LLC, a Delaware limited liability company, is signed to the foregoing conveyance, and who is known to me, acknowledged before me on this day that, being informed of the contents of said conveyance, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation on behalf of said company.

GIVEN under my hand and seal of office this the 4 day of May, 2004.

OFFICIAL NOTARY SEAL
LAURA SCANDELLA
NOTARY PUBLIC STATE OF FLORIDA
COMMISSION NO. DD055362
MY COMMISSION EXP. SEPT 9, 2005

_____
Notary Public
Print Name: _____
Serial No. (if any): _____

\72496\20789\ # 674292 v 1
4/30/04 3:11 PM

2

## EXHIBIT A

Begin at a nail set in asphalt on the Northeasterly margin of U.S. Highway No. 29, said nail shown on plat by Grady A. Fuller, LS #3089 for James Ballard, as concrete monument PC 25 + 56.9 and shown as Point "B", said Point "B" also called for in Deed Volume 165, Page 678, Chambers County records and according to said plat for James Ballard, said Point "B" being along the Northeasterly margin of said U.S. Highway 29 for 1136.3 feet in a Southeasterly direction to an iron pin: thence in an easterly direction along the Southerly margin of Section 36, Township 22 North, Range 28 East, Chambers County, Alabama, 938.3 feet to the southeasterly corner of said Section 36, said nail, also known as Point "B" being North 40° 07' West 84.2 feet to concrete monument Station 24 + 70.0 and along the curve of said Northeasterly margin a chord bearing of S 41° 34' East and a chord distance of 114.3 feet to a concrete monument station 26 + 65.0; from said nail thence South 48° 41' West 120.0 feet to a point in concrete on the Southwesterly margin of said U.S. Highway 29, said point also being point "A" and P.C. station 25 + 56.9 of said U.S. Highway 29; thence along the curve of the Southwesterly margin of said U.S. Highway 29, in a Southeasterly direction a chord bearing of South 41° 19' East and a chord distance of 52.0 feet to an iron pin, said curve having a centerline tangent of 162.9 feet and a delta angle of 9° 45' Left, said iron pin being the starting point of the parcel herein to be described; FROM THIS STARTING POINT thence in a Southeasterly direction along said curve of the Southwesterly margin of U.S. Highway 29 a chord bearing of South 41° 22' '04" East and a chord distance of 60.13 feet to a concrete monument being the intersection of said Southwesterly margin of U.S. Highway 29 and the Northwesterly margin of U.S. interstate and Defense Highway I-85 as shown on Map I-85-1 (3), Al. Hwy. Dept., said monument being a corner; thence South 49° 51' 19" West 20.13 feet to an iron pin for a corner; thence South 41° 07' 44" East 24.66 feet to an iron pin located on said Northwesterly margin of I-85 for a corner; thence South 2° 17' 36" East 48.11 feet along said margin to an iron pin being I-85 station 1528 + 00 and being 424 feet Northwest of the centerline of said I-85 and being a corner; thence South 34° 50' 00" West 393.89 feet along said Northwesterly margin of I-85 to an iron pin for a corner; thence North 20° 18' 22" East 41.79 feet to an iron pin for a corner, thence S 86° 34' 59" W 127.10 feet along the Northerly margin of Harris Street to an iron pin located on the Easterly margin of Jones Street for a corner; thence North 3° 47' 29" West 360.67 feet along said Easterly margin to an iron pin for a corner; thence North 86° 25' 28" East 65.89 feet to an iron pin for a corner; thence North 49° 16' 42" East 125.28 feet to an iron pin for a corner; thence South 40° 59' 02" East 125.05 feet to a spindle for a corner; thence North 49° 24' 24" East 100.08 feet to an iron pin for a corner and the starting point.

The above described property is located in the Southeast Quarter of Section 36, Township 22 North, Range 28 East, Chambers County, Alabama, and is more fully shown on plat of survey prepared by William L. Morkes, ALS, Reg. No. 11846, dated February 6, 1998, which plat is included herein by reference.

CHAMBERS COUNTY, ALABAMA    REC $17.25    DEED $1.00    05/21/2004    =2004-2478
JOHN T. CROWDER, PROBATE JUDGE                                        08:01:00AM    3 OF 3

# CERTIFICATE OF INCORPORATION
# OF
# JALA ENTERPRISES, INC.

1. **Name.**
The name of the Corporation is JALA ENTERPRISES, INC..

2. **Principal Office and Registered Agent.**
Its registered office in the State of Alabama is 2314 South Broad Avenue, in the City of Lanett, County of Chambers. The name of its registered agent at such address is Manish D. Desai.

3. **Purposes.**
The nature of the business or purposes to be conducted or promoted is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Alabama.

4. **Capital Stock.**
The total number of shares of capital stock that the Corporation shall have authority to issue is one hundred (100), all of which are to be common stock with "par value of one dollar ($1.00) per share".

5. **Incorporator.**
The name and mailing address of the incorporator is: Manish D. Desai, 2314 South Broad Avenue, Lanett, Alabama, 36863, .

6. **Existence.**
The Corporation is to have perpetual existence.

7. **Liability of Stockholders.**
The private property of the stockholders shall not be subject to the payment of corporate debts.

8. **Management.**
Subject to the provisions of the laws of the State of Alabama, the following provisions are adopted for the management of the business and for the conduct of the affairs of the Corporation, and for defining, limiting and regulating the powers of the Corporation, the directors and the stockholders:

   (a) The books of the Corporation may be kept outside of the State of Alabama at such place or places as may from time to time be designated by the Board of Directors.
   (b) The business of the Corporation shall be managed by its Board of Directors; and the Board of Directors shall have power to exercise all the powers of the Corporation, including (but without limiting the generality hereof) the power to create mortgages upon the whole or any part of the property of the Corporation, real or personal, without any action of or by the stockholders, except as otherwise provided by statute or by the Bylaws.
   (c) An increase in the number of directors shall be deemed to create a vacancy or vacancies

- 1 -

in the Board of Directors, to be filled in the manner provided in the Bylaws. Any director or any officer elected or appointed by the stockholders or by the Board of Directors may be removed at any time, in such manner as shall be provided in the Bylaws.

(d) The Board of Directors shall have power to make and alter Bylaws, subject to such restrictions upon the exercise of such power as may be imposed by the stockholders in any bylaws adopted by them from time to time.

(e) The Board of Directors shall have the power, in its discretion, to fix, determine and vary, from time to time, the amount to be retained as surplus and the amount or amounts to be set apart out of any of the funds of the Corporation available for dividends as working capital or a reserve or reserves for any proper purpose, and to abolish any such reserve in the manner in which it was created.

(f) The Board of Directors shall have the power, in its discretion, from time to time, to determine whether and to what extent and at what times and places and under what conditions and regulations the books and accounts of the Corporation, or any of them, other than the stock ledger, shall be open to the inspection of stockholders; and no stockholder shall have any right to inspect any account or book or document of the Corporation, except as conferred by law or authorized by resolution of the directors or of the stockholders.

(g) Upon any sale, exchange or other disposal of the property and/or assets of the Corporation, payment therefor may be made either to the Corporation or directly to the stockholders in proportion to their interests, upon the surrender of their respective stock certificates, or otherwise, as the Board of Directors may determine.

(h) In case the Corporation shall enter into any contract or transact any business with one or more of its directors, or with any firm of which any director is a member, or with any corporation or association of which any director is a stockholder, director or officer, such contract or transaction shall not be invalidated or in any way affected by the fact that such director has or may have an interest therein which is or might be adverse to the interests of the Corporation, even though the vote of such director might have been necessary to obligate the Corporate upon such contract or transaction; provided, that the fact of such interest shall have been disclosed to the other directors or the stockholders of the Corporation, as the case may be, acting upon or with reference to such contract or transaction.

(i) The Corporation reserves the right to amend, alter, change, add to or repeal any provision contained in this Certificate of Incorporation in the manner now or hereafter prescribed by statute; and all rights herein conferred are granted subject to this reservation.

I, THE UNDERSIGNED, the incorporator hereinbefore named, for the purpose of forming a corporation pursuant to the General Corporation Law of the State of Alabama, do make this Certificate, hereby declaring and certifying that this is my act and deed and the facts herein stated are true, and accordingly have hereunto set my hand this 24 day of March, 2004

*[signature]*
Manish D. Desai

CHAMBERS COUNTY, ALABAMA
JOHN T. CROWDER, PROBATE JUDGE      REC $40.00      03/24/2004   #2004-1372
                                                    11:13:43AM      2 OF 4

State of ___Alabama___ )
                       ) ss
County of ___Chambers___ )

BE IT REMEMBERED that on this ___24 MAR 04___ personally came before me, a Notary Public for the State of ___Alabama___, Manish D. Desai, to me personally known to be the same person who executed the foregoing Certificate, and acknowledged that said person signed as the person's free act and deed the foregoing document and declared that the statements therein contained are true to the person's best knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year above written.

_____
Notary Public

My commission expires:
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sept 6, 2005
BONDED THRU NOTARY PUBLIC UNDERWRITERS

CHAMBERS COUNTY, ALABAMA     REC $40.00            03/24/2004   #2004-1372
JOHN T. CROWDER, PROBATE JUDGE                     11:13:43AM      3 OF 4

-3-

Nancy L. Worley
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Nancy L. Worley, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that pursuant to the provisions of Section 10-2B-4.02, Code of Alabama 1975, and upon an examination of the corporation records on file in this office, the following corporate name is reserved as available:

Jala Investment, Inc.

This domestic corporation name is proposed to be incorporated in Chambers County and is for the exclusive use of Jean P Morgan, 2108 C Gateway Dr, Opelika, AL 36801 for a period of one hundred twenty days beginning March 19, 2004 and expiring July 18, 2004.

CHAMBERS COUNTY, ALABAMA        REC $40.00                        03/24/2004    #2004-1372
JOHN T. CROWDER, PROBATE JUDGE                                    11:13:43AM         4 OF 4



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

March 19, 2004
Date

Nancy L. Worley                                    Secretary of State

## EXHIBIT A

THIS GRANT OF EASEMENT is made effective as of May 1, 2004, by and between Jala Investment, LLC ("Owner") and Charter Communications, *Marcus Cable Assoc. LLC d/b/a* Operator"). The parties agree as follows:

1. **PREMISES.** Owner's property, including the improvements thereon (the "Premises"), is located at the street address of 2314 S. Broad St., Lanett, AL 36863 with a legal description as set forth on Attachment 1 to this Exhibit.

2. **GRANT OF EASEMENT.** For valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Owner grants and conveys to Operator an irrevocable, non-exclusive easement across, under, over, within and through the Premises, as necessary or desirable, for the routing, installation, maintenance, improvement, service, operation and removal of wiring and equipment used in the provision of multi-channel video television programming and other communication services that Operator may lawfully provide to the Premises, and of the marketing and provision of such services. Such easement shall be for the additional use and benefit of Operator's designees, agents, successors and assigns.

3. **BINDING EFFECT.** The benefits and burdens of this GRANT OF EASEMENT shall run with the land and shall bind and inure to the benefit of the parties and their respective successors and assigns.

4. **TERM OF GRANT.** This GRANT OF EASEMENT shall be effective so long as Operator is lawfully providing multi-channel video programming or other lawful communication services within the community in which the Premises are located.

**OPERATOR:**
Marcus Cable Assoc. , LLC
d/b/a Charter Communications
By: _____
       (Signature)
Printed Name: Robert Carter
Title: V.P., Charter Business, SE Division
Date: 7/2/04

**OWNER:**
Jala Investment, Inc.

By: _____
       (Signature)
Printed Name: _Deg_
Title: V.P.
Date: 05/04/04

CHAMBERS COUNTY, ALABAMA    REC $17.25    DEED $1.00    10/22/2004    #2004-5125
JOHN T. CROWDER, PROBATE JUDGE                                        01:37:34PM    1 OF 3

- 8 -

Rev. 5/30/02

**ACKNOWLEDGEMENT EXECUTED BY AUTHORIZED REPRESENTATIVE OF OPERATOR:**

STATE OF GEORGIA        )
                        ) SS.
COUNTY OF GWINNETT      )

On this day personally appeared ___Robert Carter___ to me known, to be the ___V.P., Charter Business, SE Division___ of Operator, who executed the foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said entity, for the uses and purposes therein mentioned, and on oath stated that he/she is authorized to execute said instrument.

GIVEN under my hand and official seal this _2nd_ day of ___July___, 200_4_.

_____
Notary Public

My commission expires:
___2/4/08___

SEAL

**ACKNOWLEDGEMENT EXECUTED BY AUTHORIZED REPRESENTATIVE OF OWNER:**

STATE OF __Georgia__        )
                            ) SS.
COUNTY OF __Muscogee__      )

On this day personally appeared ___Desai Manesh___, to me known, to be the ___President___ of Owner, who executed the foregoing instrument, and acknowledged said instrument to be the free and voluntary act and deed of said entity, for the uses and purposes therein mentioned, and on oath stated that he/she is authorized to execute said instrument.

GIVEN under my hand and official seal this _5th_ day of ___May___, 200_4_.

_____
Notary Public

My commission expires:
___5/11/04___

SEAL

| CHAMBERS COUNTY, ALABAMA | REC $17.25 | DEED $1.00 | 10/22/2004 | #2004-5125 |
|---|---|---|---|---|
| JOHN T. CROWDER, PROBATE JUDGE | | | 01:37:34PM | 2 OF 3 |

- 9 -

Rev. 5/30/02

## ATTACHMENT 1

[Insert legal description of Premises]

#2004-5125
3 OF 3
10/22/2004
01:37:34PM
DEED $1.00
REC $17.25
CHAMBERS COUNTY, ALABAMA
JOHN T. CROWDER, PROBATE JUDGE

Begin at a nail set in asphalt on the Northeasterly margin of U. S. Highway No. 29, said nail shown on plat by Grady A. Fuller, LS #3089 for James Ballard, as concrete monument PC 25 + 56.9 and shown as Point "B", said Point "B" also called for in Deed Volume 165, Page 678, Chambers County records and according to said plat for James Ballard, said Point "B" being along the Northeasterly margin of said U.S. Highway 29 for 1136.3 feet in a Southeasterly direction to an iron pin; thence in an easterly direction along the Southerly margin of Section 36, Township 22 North, Range 28 East, Chambers County, Alabama, 938.3 feet to the southeasterly corner of said Section 36, said nail, also known as Point "B" being North 40° 07' West 84.2 feet to concrete monument Station 24+70.0 and along the curve of said Northeasterly margin a chord bearing of S 41° 34' East and a chord distance of 114.3 feet to concrete monument station 26+65.0; from said nail thence South 48° 41' West 120.0 feet to a point in concrete on the Southwesterly margin of said U.S. Highway 29, said point also being point "A" and P.C. station 25 + 56.9 of said U.S. Highway 29; thence along the curve of the Southwesterly margin of said U.S. Highway 29, in a Southeasterly direction a chord bearing of South 41° 19' East, and a chord distance of 52.0 feet to an iron pin, said curve having a centerline tangent of 162.9 feet and a delta angle of 9° 45' Left, said iron pin being the starting point of the parcel herein to be described; FROM THIS STARTING POINT thence in a Southeasterly direction along said curve of the Southwesterly margin of U.S. Highway 29 a chord bearing of South 41° 22' 04" East and a chord distance of 60.13 feet to a concrete monument being the intersection of said Southwesterly margin of U.S. Highway 29 and the Northwesterly margin of U.S. Interstate and Defense Highway No. I-85 as shown on Map I-85-1 (3), Al. Hwy. Dept., said monument being a corner; thence South 49° 51' 19" West 20.13 feet to an iron pin for a corner; thence South 41° 07' 44" East 24.66 feet to an iron pin located on said Northwesterly margin of I-85 for a corner; thence South 2° 17' 36" East 48.11 feet along said margin to an iron pin being I-85 station 1528+00 and being 424 feet Northwest of the centerline of said I-85 and being a corner; thence South 34° 50' 00" West 393.89 feet along said Northwesterly margin of I-85 to an iron pin for a corner; thence North 20° 18' 22" East 41.79 feet to an iron pin for a corner; thence S 86° 34' 59" W 127.10 feet along the Northerly margin of Harris Street to an iron pin located on the Easterly margin of Jones Street for a corner; thence North 3° 47' 29" West 360.67 feet along said Easterly margin to an iron pin for a corner; thence North 86° 25' 28" East 65.89 feet to an iron pin for a corner; thence North 49° 16' 42" East 125.28 feet to an iron pin for a corner; thence South 40° 59' 02" East 125.05 feet to a spindle for a corner; thence North 49° 24' 24" East 100.08 feet to an iron pin for a corner and the starting point.

Subject to easements of record as recorded in Deed Volume 167, Pages 949 to 958, in the Office of the Judge of Probate of Chambers County, Alabama.

The above described property is located in the Southeast Quarter of Section 36, Township 22 North, Range 28 East, Chambers County, Alabama, and is more fully shown on plat of survey prepared by William L. Morkes, ALS, Reg. No. 11846, dated February 6, 1998, which plat is included herein by reference.

Rev. 5/30/02



# CERTIFICATE OF INCORPORATION
# OF
# JALA INVESTMENTS, INC.

1. **Name.**
The name of the Corporation is JALA INVESTMENTS, INC..

2. **Principal Office and Registered Agent.**
Its registered office in the State of Alabama is 2314 South Broad Avenue, in the City of Lanett, County of Chambers. The name of its registered agent at such address is Manish D. Desai.

3. **Purposes.**
The nature of the business or purposes to be conducted or promoted is to engage in any lawful act or activity for which corporations may be organized under the General Corporation Law of Alabama.

4. **Capital Stock.**
The total number of shares of capital stock that the Corporation shall have authority to issue is one hundred (100), all of which are to be common stock with "par value of one dollar ($1.00) per share".

5. **Incorporator.**
The name and mailing address of the incorporator is: Manish D. Desai, 2314 South Broad Avenue, Lanett, Alabama, 36863, .

6. **Existence.**
The Corporation is to have perpetual existence.

7. **Liability of Stockholders.**
The private property of the stockholders shall not be subject to the payment of corporate debts.

8. **Management.**
Subject to the provisions of the laws of the State of Alabama, the following provisions are adopted for the management of the business and for the conduct of the affairs of the Corporation, and for defining, limiting and regulating the powers of the Corporation, the directors and the stockholders:

    (a) The books of the Corporation may be kept outside of the State of Alabama at such place or places as may from time to time be designated by the Board of Directors.
    (b) The business of the Corporation shall be managed by its Board of Directors; and the Board of Directors shall have power to exercise all the powers of the Corporation, including (but without limiting the generality hereof) the power to create mortgages upon the whole or any part of the property of the Corporation, real or personal, without any action of or by the stockholders, except as otherwise provided by statute or by the Bylaws.
    (c) An increase in the number of directors shall be deemed to create a vacancy or vacancies

- 1 -

in the Board of Directors, to be filled in the manner provided in the Bylaws. Any director or any officer elected or appointed by the stockholders or by the Board of Directors may be removed at any time, in such manner as shall be provided in the Bylaws.

(d) The Board of Directors shall have power to make and alter Bylaws, subject to such restrictions upon the exercise of such power as may be imposed by the stockholders in any bylaws adopted by them from time to time.

(e) The Board of Directors shall have the power, in its discretion, to fix, determine and vary, from time to time, the amount to be retained as surplus and the amount or amounts to be set apart out of any of the funds of the Corporation available for dividends as working capital or a reserve or reserves for any proper purpose, and to abolish any such reserve in the manner in which it was created.

(f) The Board of Directors shall have the power, in its discretion, from time to time, to determine whether and to what extent and at what times and places and under what conditions and regulations the books and accounts of the Corporation, or any of them, other than the stock ledger, shall be open to the inspection of stockholders; and no stockholder shall have any right to inspect any account or book or document of the Corporation, except as conferred by law or authorized by resolution of the directors or of the stockholders.

(g) Upon any sale, exchange or other disposal of the property and/or assets of the Corporation, payment therefor may be made either to the Corporation or directly to the stockholders in proportion to their interests, upon the surrender of their respective stock certificates, or otherwise, as the Board of Directors may determine.

(h) In case the Corporation shall enter into any contract or transact any business with one or more of its directors, or with any firm of which any director is a member, or with any corporation or association of which any director is a stockholder, director or officer, such contract or transaction shall not be invalidated or in any way affected by the fact that such director has or may have an interest therein which is or might be adverse to the interests of the Corporation, even though the vote of such director might have been necessary to obligate the Corporate upon such contract or transaction; provided, that the fact of such interest shall have been disclosed to the other directors or the stockholders of the Corporation, as the case may be, acting upon or with reference to such contract or transaction.

(i) The Corporation reserves the right to amend, alter, change, add to or repeal any provision contained in this Certificate of Incorporation in the manner now or hereafter prescribed by statute; and all rights herein conferred are granted subject to this reservation.

I, THE UNDERSIGNED, the incorporator hereinbefore named, for the purpose of forming a corporation pursuant to the General Corporation Law of the State of Alabama, do make this Certificate, hereby declaring and certifying that this is my act and deed and the facts herein stated are true, and accordingly have hereunto set my hand this 24 day of March, 2004.

_____
Manish D. Desai

- 2 -

State of __Alabama__ )
) ss
County of __Chambers__ )

BE IT REMEMBERED that on this __24mrc04__ personally came before me, a Notary Public for the State of __Alabama__, Manish D. Desai, to me personally known to be the same person who executed the foregoing Certificate, and acknowledged that said person signed as the person's free act and deed the foregoing document and declared that the statements therein contained are true to the person's best knowledge and belief.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the day and year above written.

_Jean P. Morgan_
Notary Public

My commission expires:
NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Sept 6, 2005
BONDED THRU NOTARY PUBLIC UNDERWRITERS

CHAMBERS COUNTY, ALABAMA     REC $15.00          03/26/2004    #2004-1455
JOHN T. CROWDER, PROBATE JUDGE                   04:12:04PM      3 OF 4

Nancy L. Worley
Secretary of State

P.O. Box 5616
Montgomery, AL 36103-5616

# STATE OF ALABAMA

I, Nancy L. Worley, Secretary of State of the State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that

pursuant to the provisions of Section 10-2B-4.02, Code of Alabama 1975, and upon an examination of the corporation records on file in this office, the following corporate name is reserved as available:

Jala Investment, Inc.

This domestic corporation name is proposed to be incorporated in Chambers County and is for the exclusive use of Jean P Morgan, 2108 C Gateway Dr, Opelika, AL 36801 for a period of one hundred twenty days beginning March 19, 2004 and expiring July 18, 2004.

```
CHAMBERS COUNTY, ALABAMA      REC $40.00              03/24/2004    #2004-1372
JOHN T. CROWDER, PROBATE JUDGE                        11:13:43AM         4 OF 4

CHAMBERS COUNTY, ALABAMA      REC $15.00              03/26/2004    #2004-1455
JOHN T. CROWDER, PROBATE JUDGE                        04:12:04PM         4 OF 4
```



In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the City of Montgomery, on this day.

March 19, 2004

Date

*Nancy L. Worley* (signature)

Nancy L. Worley                                Secretary of State