# EXHIBIT C

Case 3:06-cv-00206-MHT-TFM   Document 26-5   Filed 11/06/2006   Page 1 of 2

2/23/04.

**DAYS INN**

Super 8

Himat Inc
2314 S. Broad Ave
Lanett AL 36863

Dear Sir,
Due to the Foreclosure effective from 25th Feb 04
I will be out of business.
SITE: 1999.

Thanks.

I will be Moving to INDIA

*[signature]*

0292
Super 8