# EXHIBIT E

C:\Program Files\Microsoft Office\Templates\BB Templates\Blank.dot

ITEMIZED STATEMENT

Report Date : 06-NOV-06

Customer No : 01999-88844-03-SUP
Address     : I-85 EXIT 79,LANETT,AL,36863,US
As of Date:   02-NOV-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued Billing | Amount Tax | FinanceCharges | Total |
|---|---|---|---|---|---|---|---|
| NOV-2002 | TA2855280-001 | 27-NOV-02 | T/A COMMISSIONS | 106.61 | 0.00 | 0.00 | 106.61 |
|  | TP3855280-001 | 27-NOV-02 | AIRLINE RESV FE | 38.25 | 0.00 | 0.00 | 38.25 |
|  |  |  | Sub Total | 144.86 | 0.00 | 0.00 | 144.86 |
| DEC-2002 | TP3861573-001 | 27-DEC-02 | AIRLINE RESV FE | 2.50 | 0.00 | 0.00 | 2.50 |
|  |  |  | Sub Total | 2.50 | 0.00 | 0.00 | 2.50 |
| JAN-2003 | 229561-001 | 31-JAN-03 | 1 VIP APPS | 3.75 | 0.00 | 0.00 | 3.75 |
|  |  |  | Sub Total | 3.75 | 0.00 | 0.00 | 3.75 |
| MAR-2003 | IN0982720-001 | 18-MAR-03 | FEB-EQUIP SALES | 5.25 | 0.00 | 0.00 | 5.25 |
|  | IN0982720-002 | 18-MAR-03 | FEB-DIRECWAY | 75.00 | 0.00 | 0.00 | 75.00 |
|  | IN0983612-002 | 18-MAR-03 | MAR-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
|  | IN0983612-001 | 18-MAR-03 | MAR-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
|  |  |  | Sub Total | 170.13 | 0.00 | 0.00 | 170.13 |
| APR-2003 | IN1000486-001 | 18-APR-03 | APR-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
|  | IN1000486-002 | 18-APR-03 | APR-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
|  | TP3886431-001 | 24-APR-03 | AIRLINE RESV FE | 2.50 | 0.00 | 0.00 | 2.50 |
|  |  |  | Sub Total | 92.38 | 0.00 | 0.00 | 92.38 |
| JUN-2003 | IN1033710-001 | 18-JUN-03 | JUN-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
|  | IN1033710-002 | 18-JUN-03 | JUN-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
|  | TA2897865-001 | 26-JUN-03 | T/A COMMISSIONS | 17.13 | 0.00 | 0.00 | 17.13 |

Page 2 of 9

ITEMIZED STATEMENT

Report Date : 06-NOV-06

Customer No : 01999-88844-03-SUP
Address     : I-85 EXIT 79, LANETT, AL, 36863, US
As of Date:   02-NOV-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued Billing | Amount Tax | FinanceCharges | Total |
|---|---|---|---|---|---|---|---|
|  | TF3897865-001 | 26-JUN-03 | AIRLINE RESV FE | 15.00 | 0.00 | 0.00 | 15.00 |
|  |  |  | Sub Total | 122.01 | 0.00 | 0.00 | 122.01 |
| JUL-2003 | IN1051582-001 | 18-JUL-03 | JLY-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
|  | IN1051582-002 | 18-JUL-03 | JLY-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
|  | TA2907269-001 | 31-JUL-03 | T/A COMMISSIONS | 5.70 | 0.00 | 0.00 | 5.70 |
|  | MV0763510-001 | 31-JUL-03 | ROYALTY FEE | 4.00 | 0.00 | 0.00 | 4.00 |
|  | TF3907269-001 | 31-JUL-03 | AIRLINE RESV FE | 4.25 | 0.00 | 0.00 | 4.25 |
|  |  |  | Sub Total | 103.83 | 0.00 | 0.00 | 103.83 |
| AUG-2003 | IN1072107-001 | 17-AUG-03 | AUG-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
|  | IN1072107-002 | 17-AUG-03 | AUG-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
|  |  |  | Sub Total | 89.88 | 0.00 | 0.00 | 89.88 |
| SEP-2003 | IN1094061-001 | 18-SEP-03 | SEP-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
|  | IN1094061-002 | 18-SEP-03 | SEP-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
|  | MV0777923-001 | 30-SEP-03 | ROYALTY FEE | 267.27 | 0.00 | 0.00 | 267.27 |
|  |  |  | Sub Total | 357.15 | 0.00 | 0.00 | 357.15 |
| OCT-2003 | IN1115761-001 | 20-OCT-03 | OCT-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
|  | IN1115761-002 | 20-OCT-03 | OCT-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
|  | MV0790560-002 | 31-OCT-03 | ADVERTISING | 278.61 | 0.00 | 0.00 | 278.61 |
|  | MV0790560-001 | 31-OCT-03 | ROYALTY FEE | 464.35 | 0.00 | 0.00 | 464.35 |

ITEMIZED STATEMENT

Report Date : 06-NOV-06

Customer No : 01999-88844-03-SUP
Address     : I-85 EXIT 79, LANETT, AL, 36863, US
As of Date:   02-NOV-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued Billing | Amount Tax | FinanceCharges | Total |
|---|---|---|---|---|---|---|---|
| | | | Sub Total | 832.84 | 0.00 | 0.00 | 832.84 |
| NOV-2003 | IN1134818-001 | 18-NOV-03 | NOV-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
| | IN1134818-002 | 18-NOV-03 | NOV-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
| | TA2929632-001 | 26-NOV-03 | T/A COMMISSIONS | 4.73 | 0.00 | 0.00 | 4.73 |
| | TA2929632-001 | 26-NOV-03 | GDS & INTERNET | 3.50 | 0.00 | 0.00 | 3.50 |
| | HV0791727-002 | 30-NOV-03 | ADVERTISING | 225.42 | 0.00 | 0.00 | 225.42 |
| | HV0791727-001 | 30-NOV-03 | ROYALTY FEE | 376.58 | 0.00 | 0.00 | 376.58 |
| | | | Sub Total | 700.11 | 0.00 | 0.00 | 700.11 |
| DEC-2003 | IN1156367-001 | 18-DEC-03 | DEC-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
| | IN1156367-002 | 18-DEC-03 | DEC-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
| | IN1171427-001 | 30-DEC-03 | TRIPREWARDS 5%C | 10.59 | 0.00 | 0.00 | 10.59 |
| | HV0798963-002 | 31-DEC-03 | ADVERTISING | 161.46 | 0.00 | 0.00 | 161.46 |
| | HV0798963-001 | 31-DEC-03 | ROYALTY FEE | 269.10 | 0.00 | 0.00 | 269.10 |
| | | | Sub Total | 531.03 | 0.00 | 0.00 | 531.03 |
| JAN-2004 | IN1180979-001 | 19-JAN-04 | JAN-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
| | IN1180979-002 | 19-JAN-04 | JAN-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
| | | | Sub Total | 89.88 | 0.00 | 0.00 | 89.88 |
| FEB-2004 | IN1204802-001 | 18-FEB-04 | FEB-EQUIP SALES | 5.88 | 0.00 | 0.00 | 5.88 |
| | IN1204802-002 | 18-FEB-04 | FEB-DIRECWAY | 84.00 | 0.00 | 0.00 | 84.00 |
| | 19990402A-001 | 29-FEB-04 | ROYALTY ACCRUAL * | 300.00 | 0.00 | 0.00 | 300.00 |
| | 19990402A-010 | 29-FEB-04 | ADVERTISING ACC * | 200.00 | 0.00 | 0.00 | 200.00 |

Page 4 of 9

ITEMIZED STATEMENT

Report Date : 06-NOV-06

Customer No : 01999-68644-03-SUP
Address     : I-85 EXIT 79, LANETT, AL, 36863, US
As of Date:   02-NOV-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued | Billing | Amount Tax | FinanceCharges | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | Sub Total | 589.88 | 0.00 | 0.00 | 589.88 |
| MAR-2004 | 19990403A-001 | 31-MAR-04 | ROYALTY ACCRUAL * | | 400.00 | 0.00 | 0.00 | 400.00 |
| | 19990403A-010 | 31-MAR-04 | ADVERTISING ACC * | | 200.00 | 0.00 | 0.00 | 200.00 |
| | | | | Sub Total | 600.00 | 0.00 | 0.00 | 600.00 |
| SEP-2004 | FC0291096-001 | 30-SEP-04 | FINANCE CHARGE | | 49.28 | 0.00 | 0.00 | 49.28 |
| | | | | Sub Total | 49.28 | 0.00 | 0.00 | 49.28 |
| OCT-2004 | FC0294192-001 | 31-OCT-04 | FINANCE CHARGE | | 50.87 | 0.00 | 0.00 | 50.87 |
| | | | | Sub Total | 50.87 | 0.00 | 0.00 | 50.87 |
| NOV-2004 | FC0297283-001 | 30-NOV-04 | FINANCE CHARGE | | 49.28 | 0.00 | 0.00 | 49.28 |
| | | | | Sub Total | 49.28 | 0.00 | 0.00 | 49.28 |
| DEC-2004 | FC0300532-001 | 31-DEC-04 | FINANCE CHARGE | | 50.87 | 0.00 | 0.00 | 50.87 |
| | | | | Sub Total | 50.87 | 0.00 | 0.00 | 50.87 |
| JAN-2005 | FC0303788-001 | 31-JAN-05 | FINANCE CHARGE | | 50.87 | 0.00 | 0.00 | 50.87 |

Report Date : 06-NOV-06

ITEMIZED STATEMENT

Customer No : 01999-88844-03-SUP
Address : I-85 EXIT 79,LANETT,AL,36863,US
As of Date: 02-NOV-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued | Billing | Amount Tax | FinanceCharges | Total |
|---|---|---|---|---|---|---|---|---|
| FEB-2005 | FC0307198-001 | 28-FEB-05 | FINANCE CHARGE | | 50.87 | 0.00 | 0.00 | 50.87 |
| | | | | Sub Total | 50.87 | 0.00 | 0.00 | 50.87 |
| MAR-2005 | FC0310422-001 | 31-MAR-05 | FINANCE CHARGE | | 45.99 | 0.00 | 0.00 | 45.99 |
| | | | | Sub Total | 45.99 | 0.00 | 0.00 | 45.99 |
| | | | | | 50.87 | 0.00 | 0.00 | 50.87 |
| | | | | Sub Total | 50.87 | 0.00 | 0.00 | 50.87 |
| APR-2005 | FC0313703-001 | 30-APR-05 | FINANCE CHARGE | | 49.27 | 0.00 | 0.00 | 49.27 |
| | | | | Sub Total | 49.27 | 0.00 | 0.00 | 49.27 |
| MAY-2005 | FC0317377-001 | 31-MAY-05 | FINANCE CHARGE | | 50.93 | 0.00 | 0.00 | 50.93 |
| | | | | Sub Total | 50.93 | 0.00 | 0.00 | 50.93 |
| JUN-2005 | FC0320951-001 | 30-JUN-05 | FINANCE CHARGE | | 49.36 | 0.00 | 0.00 | 49.36 |
| | | | | Sub Total | 49.36 | 0.00 | 0.00 | 49.36 |
| JUL-2005 | FC0324467-001 | 31-JUL-05 | FINANCE CHARGE | | 50.93 | 0.00 | 0.00 | 50.93 |

Report Date : 06-NOV-06

ITEMIZED STATEMENT

Customer No : 01999-88844-03-SUP
Address : I-85 EXIT 79, LANETT, AL, 36863, US
As of Date: 02-NOV-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued | Billing | Amount Tax | FinanceCharges | Total |
|---|---|---|---|---|---|---|---|---|
| AUG-2005 | FC0328047-001 | 31-AUG-05 | FINANCE CHARGE | | 50.93 | 0.00 | 0.00 | 50.93 |
| | | | | Sub Total | 50.93 | 0.00 | 0.00 | 50.93 |
| SEP-2005 | FC0331634-001 | 30-SEP-05 | FINANCE CHARGE | | 49.27 | 0.00 | 0.00 | 49.27 |
| | | | | Sub Total | 49.27 | 0.00 | 0.00 | 49.27 |
| OCT-2005 | FC0335556-001 | 31-OCT-05 | FINANCE CHARGE | | 55.69 | 0.00 | 0.00 | 55.69 |
| | | | | Sub Total | 55.69 | 0.00 | 0.00 | 55.69 |
| NOV-2005 | FC0339529-001 | 30-NOV-05 | FINANCE CHARGE | | 49.27 | 0.00 | 0.00 | 49.27 |
| | | | | Sub Total | 49.27 | 0.00 | 0.00 | 49.27 |
| DEC-2005 | FC0343453-001 | 31-DEC-05 | FINANCE CHARGE | | 55.75 | 0.00 | 0.00 | 55.75 |
| | | | | Sub Total | 55.75 | 0.00 | 0.00 | 55.75 |
| JAN-2006 | FC0347269-001 | 31-JAN-06 | FINANCE CHARGE | | 50.72 | 0.00 | 0.00 | 50.72 |

Report Date : 06-NOV-06

ITEMIZED STATEMENT

Customer No : 01999-88844-03-SUP
Address : I-85 EXIT 79,LANETT,AL,36863,US
As of Date: 02-NOV-2006

| Mon-Year | Invoice No | Invoice Date | Description | Accrued Billing | Amount Tax | FinanceCharges | Total |
|---|---|---|---|---|---|---|---|
| FEB-2006 | FC0350759-001 | 28-FEB-06 | FINANCE CHARGE | 50.72 | 0.00 | 0.00 | 50.72 |
| | | | Sub Total | 50.72 | 0.00 | 0.00 | 50.72 |
| MAR-2006 | FC0354359-001 | 31-MAR-06 | FINANCE CHARGE | 46.66 | 0.00 | 0.00 | 46.66 |
| | | | Sub Total | 46.66 | 0.00 | 0.00 | 46.66 |
| APR-2006 | FC0357963-001 | 30-APR-06 | FINANCE CHARGE | 51.65 | 0.00 | 0.00 | 51.65 |
| | | | Sub Total | 51.65 | 0.00 | 0.00 | 51.65 |
| MAY-2006 | FC0361406-001 | 31-MAY-06 | FINANCE CHARGE | 53.20 | 0.00 | 0.00 | 53.20 |
| | | | Sub Total | 53.20 | 0.00 | 0.00 | 53.20 |
| JUN-2006 | FC0364727-001 | 30-JUN-06 | FINANCE CHARGE | 55.61 | 0.00 | 0.00 | 55.61 |
| | | | Sub Total | 55.61 | 0.00 | 0.00 | 55.61 |
| | | | | 53.97 | 0.00 | 0.00 | 53.97 |
| | | | Sub Total | 53.97 | 0.00 | 0.00 | 53.97 |
| JUL-2006 | FC0368013-001 | 31-JUL-06 | FINANCE CHARGE | 55.68 | 0.00 | 0.00 | 55.68 |

```
                                            ITEMIZED STATEMENT                              Report Date : 06-NOV-06
                                            ------------------

Customer No : 01999-88844-03-SUP
Address     : I-85 EXIT 79,LANETT,AL,36863,US
As of Date: 02-NOV-2006

                                                                       Amount
Mon-Year  Invoice No   Invoice Date  Description  Accrued    Billing   Tax      FinanceCharges   Total
--------  ----------   ------------  -----------  -------    -------   ------   --------------   -----

SEP-2006  300107753    15-SEP-06     FINANCE CHARGE                     55.68    0.00    0.00    55.68
                                                  Sub Total             55.68    0.00    0.00    55.68

                                                               101.90    0.00    0.00   101.90
                                                  Sub Total    101.90    0.00    0.00   101.90

OCT-2006  300191900    15-OCT-06     FINANCE CHARGE             66.45    0.00    0.00    66.45
                                                  Sub Total     66.45    0.00    0.00    66.45

                                                  Grand Total 5775.50    0.00    0.00  5775.50
```

Requested By: JOSEPH STOKES

* Please note the accruals on your account are estimates.
  Make sure to promptly submit your actual gross room revenue and rooms sold.

******* END OF REPORT *******

Page 9 of 9