# EXHIBIT F

Case 3:06-cv-00206-MHT-TFM     Document 26-8     Filed 11/06/2006     Page 1 of 5

C:\Program Files\Microsoft Office\Templates\BB Templates\Blank.dot



# SUPER 8 MOTELS, INC.

Franchise Administration
Hotel Division

March 12, 2004

**VIA AIRBORNE EXPRESS**

Mr. Dhiraj Patel
Himat, Inc.
2314 S. Broad Ave.
Lanett, AL 36863

Re: **NOTICE OF TERMINATION** of the License for Super 8 System Unit #1999-88844-3 located in Lanett, Alabama (the "Facility")

Dear Mr. Patel:

Super 8 Motels, Inc. ("we" or "us") licensed Himat Inc.("you" or "your") to operate the Facility as part of the Super 8 System under a Franchise Agreement, dated July 12, 2000 (the "Agreement"). We have learned that you relinquished possession of the Facility to State Street Bank and Trust Company on or about February 25, 2004. Accordingly, the License granted to you under the Agreement is terminated, effective as of February 25, 2004 (the "Termination Date"). We also write to remind you of certain post-termination obligations under the Agreement.

First, you must pay us Liquidated Damages of $80,000.00, as specified in Section 12.1 of the Agreement, within 30 days. You must also pay Liquidated Damages of $1,000.00 for early termination of the Addendum to the Agreement for Satellite Connectivity Services (the "Addendum") within 30 days. The Addendum will also terminate on the Termination Date. Second, you must file all monthly reports of Gross Room Revenues not yet filed, and pay us all outstanding Recurring Fees, as specified in Section 13.2 of the Agreement, within 14 days. We estimate that, as of March 9, 2004, you owe us $4,330.23 in Recurring Fees. We have enclosed an itemized statement detailing the Recurring Fees. You must pay us all Recurring Fees and additional amounts accruing through the date you complete de-identification of the Facility.

Third, because you failed to de-identify the Facility before relinquishing possession of the Facility, you must take steps to immediately complete the post-termination responsibilities specified in the Agreement. Please consider this letter to be a notice and demand for payment under any Guaranty of the Agreement, directed to all of your guarantors.

While we hope to resolve this matter amicably with you, we will, if necessary, commence legal action to collect these amounts and/or compel de-identification. If you have any questions, please feel free to contact Colleen Fitzpatrick, Senior Director of Compliance, Settlements, and Reinstatements, at (973) 496-7218.

Sincerely,

James D. Darby
Vice President
Franchise Administration

Enclosure

cc: Chandrakant Patel (Guarantor)
State Street Bank and Trust Company (Lender)
John Valletta
Colleen Fitzpatrick

**0027**
**Super 8**

```
ITEMIZED STATEMENT                                          PAGE 1
FOR SUPER 8 #1999-88844 - Lanett, AL
AS OF 2004-03-09


          RELATION      ITEM                                    AMOUNT
 MONTH    NBR           DATE         DESC                       DUE
 -----    -----------   ----------   --------------------       --------------   ----

    11    TA2855280-01  2002-11-27   T/A COMM SERVICE CHG              8.43
          TA2855280-01  2002-11-27   T/A COMMISSIONS                  98.18
          TP3855280-01  2002-11-27   AIRLINE RESV FEE                 38.25
                                                                ---------------
                                                                       144.86

    12    TP3861573-01  2002-12-27   AIRLINE RESV FEE                  2.50
                                                                ---------------
                                                                         2.50

     1    229581-01     2003-01-31      1 VIP APPS                     3.75
                                                                ---------------
                                                                         3.75

     3    IN0982720-01  2003-03-18   FEB-EQUIP SALES TAX               5.25
          IN0982720-02  2003-03-18   FEB-DIRECWAY                     75.00
          IN0983612-01  2003-03-18   MAR-EQUIP SALES TAX               5.88
          IN0983612-02  2003-03-18   MAR-DIRECWAY                     84.00
                                                                ---------------
                                                                       170.13

     4    IN1000486-01  2003-04-18   APR-EQUIP SALES TAX               5.88
          IN1000486-02  2003-04-18   APR-DIRECWAY                     84.00
          TP3886431-01  2003-04-24   AIRLINE RESV FEE                  2.50
                                                                ---------------
                                                                        92.38

     6    IN1033710-01  2003-06-18   JUN-EQUIP SALES TAX               5.88
          IN1033710-02  2003-06-18   JUN-DIRECWAY                     84.00
          TA2897865-01  2003-06-26   T/A COMM SERVICE CHG              1.20
          TA2897865-01  2003-06-26   T/A COMMISSIONS                  15.93
          TP3897865-01  2003-06-26   AIRLINE RESV FEE                 15.00
                                                                ---------------
                                                                       122.01

     7    IN1051582-01  2003-07-18   JLY-EQUIP SALES TAX               5.88
          IN1051582-02  2003-07-18   JLY-DIRECWAY                     84.00
          MV0763510-01  2003-07-31   ROYALTY FEE                     324.00
          MV0763510-01  2003-10-24   ROYALTY FEE                     -45.41
          MV0763510-01  2003-12-01   ROYALTY FEE                    -274.59
          TA2907269-01  2003-07-31   T/A COMM SERVICE CHG              0.40
          TA2907269-01  2003-07-31   T/A COMMISSIONS                   5.30
          TP3907269-01  2003-07-31   AIRLINE RESV FEE                  4.25
                                                                ---------------
                                                                       103.83

     8    IN1072107-01  2003-08-18   AUG-EQUIP SALES TAX               5.88
          IN1072107-02  2003-08-18   AUG-DIRECWAY                     84.00
                                                                ---------------

PREPARED BY ROBERT SPENCE (201)428-9700 EXT. 2181
```

0028
Super 8

```
ITEMIZED STATEMENT                                               PAGE 2
FOR SUPER 8 #1999-88844 - Lanett, AL
AS OF 2004-03-09


         RELATION       ITEM                                 AMOUNT
 MONTH   NBR            DATE       DESC                      DUE
 -----   ------------   --------   --------------------      -----------------   ----
                                                                   89.88

     9   IN1094061-01   2003-09-18 SEP-EQUIP SALES TAX              5.88
         IN1094061-02   2003-09-18 SEP-DIRECWAY                    84.00
         MV0777923-01   2003-09-30 ROYALTY FEE                    273.00
         MV0777923-01   2003-12-01 ROYALTY FEE                     -5.73
                                                             -----------------
                                                                  357.15

    10   IN1115761-01   2003-10-20 OCT-EQUIP SALES TAX              5.88
         IN1115761-02   2003-10-20 OCT-DIRECWAY                    84.00
         MV0790560-01   2003-10-31 ROYALTY FEE                    464.35
         MV0790560-02   2003-10-31 ADVERTISING                    278.61
                                                             -----------------
                                                                  832.84

    11   IN1134818-01   2003-11-18 NOV-EQUIP SALES TAX              5.88
         IN1134818-02   2003-11-18 NOV-DIRECWAY                    84.00
         TA2929632-01   2003-11-26 T/A COMM SERVICE CHG             0.33
         TA2929632-01   2003-11-26 T/A COMMISSIONS                  4.40
         TP3929632-01   2003-11-26 GDS & INTERNET BKGS              3.50
         MV0791727-01   2003-11-30 ROYALTY FEE                    376.58
         MV0791727-02   2003-11-30 ADVERTISING                    225.42
                                                             -----------------
                                                                  700.11

    12   IN1156367-01   2003-12-18 DEC-EQUIP SALES TAX              5.88
         IN1156367-02   2003-12-18 DEC-DIRECWAY                    84.00
         IN1171427-01   2003-12-30 TRIPREWARDS 5%CHRGBK            10.59
         MV0798963-01   2003-12-31 ROYALTY FEE                    269.10
         MV0798963-02   2003-12-31 ADVERTISING                    161.46
                                                             -----------------
                                                                  531.03

     1   IN1180979-01   2004-01-19 JAN-EQUIP SALES TAX              5.88
         IN1180979-02   2004-01-19 JAN-DIRECWAY                    84.00
         19990401A-01   2004-01-31 ROYALTY ACCRUAL                300.00   ACR
         19990401A-10   2004-01-31 ADVERTISING ACCRUAL            200.00   ACR
                                                             -----------------
                                                                  589.88

     2   IN1204802-01   2004-02-18 FEB-EQUIP SALES TAX              5.88
         IN1204802-02   2004-02-18 FEB-DIRECWAY                    84.00
         19990402A-01   2004-02-29 ROYALTY ACCRUAL                300.00   ACR
         19990402A-10   2004-02-29 ADVERTISING ACCRUAL            200.00   ACR
                                                             -----------------
                                                                  589.88
                                                             =================

PREPARED BY ROBERT SPENCE (201)428-9700 EXT. 2181
```

**0029**
**Super 8**

```
ITEMIZED STATEMENT                                              PAGE 3
FOR SUPER 8 #1999-88844 - Lanett, AL
AS OF 2004-03-09


         RELATION     ITEM                                     AMOUNT
MONTH    NBR          DATE       DESC                          DUE
-----    ----------   ---------  --------------------          ------------------   ----
                                                                     4,330.23
```

**0030**
**Super 8**

PREPARED BY ROBERT SPENCE (201)428-9700 EXT. 2181