# EXHIBIT G

01999 070104 DE



# CENDANT

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: SUPER 8 MOTEL            UNIT: 01999            DATE: 07/01/2004

ADDRESS: I-85 EXIT 79

CITY: LANETT                                           STATE: AL

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  | X |
| Signage removed from interior public areas: |  | X |
| Billboards changed to remove name: |  | X |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  | X |
| Domain name removed from brochures & advertising: (www.motelname.com) |  | X |
| Returned confidential operations manuals & reservation equipment: |  | X |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens |  | X | Soap/Shampoo |  | X |
| Directories/Brochures |  | X | Key Tags |  | X |
| Business Cards |  | X | Credit Card Imprinter |  | X |
| Folios/Reg. Cards |  | X | Laundry Bags |  | X |
| Do-Not-Disturb Cards |  | X | Name Tags/Uniforms |  | X |
| Comment Cards |  | X | Ice Buckets/Trays |  | X |
| Telephone Plates |  | X | Ashtray/Matches |  | X |
| Telephone Dialing Instructions |  | X | Plaques |  | X |
| TV Channel ID plates |  | X | Guest Checks/Receipts | X |  |
| Rate/Law Cards |  | X | Menus | X |  |
| Door Signage |  | X | | | |

Comments: ROOMS VIEWED #121, #111 AND #211

QA Representative: _Robby Witcher_ (signature)

Print Name:     ROBBY WITCHER

Produced using ACI software, 800.234.8727 www.aciweb.com.

PTOC0028002

Quality Assurance

# De-Id Photographs

Unit #:  01999
Date:   07/01/2004

01999 070104 DEID



**Primary Sign**



**Primary Sign**







01999 080204 DE



# CENDANT

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: <u>SUPER 8 MOTEL</u>          UNIT: <u>01999</u>          DATE: <u>08/02/2004</u>

ADDRESS: <u>I-85 EXIT 79</u>

CITY: <u>LANETT</u>          STATE: <u>AL</u>

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  | X |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: | X |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | X |  |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: | X |  |
| Howard Johnson Gatelodge orange roof painted: | X |  |
| Howard Johnson Gatelodge cupola removed: | X |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens | X | | Soap/Shampoo | | X |
| Directories/Brochures | | X | Key Tags | X | |
| Business Cards | X | | Credit Card Imprinter | X | |
| Folios/Reg. Cards | X | | Laundry Bags | X | |
| Do-Not-Disturb Cards | | X | Name Tags/Uniforms | X | |
| Comment Cards | | X | Ice Buckets/Trays | | X |
| Telephone Plates | | X | Ashtray/Matches | X | |
| Telephone Dialing Instructions | | X | Plaques | X | |
| TV Channel ID plates | X | | Guest Checks/Receipts | X | |
| Rate/Law Cards | X | | Menus | X | |
| Door Signage | X | | | | |

Comments: <u>THE SUPER 8 OFFICE IS CLOSED AND LOCKED.   ALL GUEST HAS TO CHECK IN AT THE DAYS INN OFFICE AS</u>
<u>DAYS INN GUEST.  THE NEW OWNERS PLAN TO CONVERT THE SUPER 8 ROOMS INTO DAYS INN ROOMS.</u>

QA Representative: *Rodney B. Oliver*

Print Name:          RODNEY B. OLIVER

# De-Id Photographs

Unit #:   01999
Date:     08/02/2004

01999 080204 DEID



**Primary Sign**



**Primary Sign**



EXTERIOR BUILDING SIGN BY DAYS INN DOOR ENTRANCE



GUEST ROOM ITEMS





01999 091304 DE



# POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: SUPER 8      UNIT: 01999      DATE: 09/13/2004

ADDRESS: I-85 EXIT 79

CITY: LANETT      STATE: AL

|  | YES | NO |
|---|:---:|:---:|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  | X |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: | X |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | X |  |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: | X |  |
| Howard Johnson Gatelodge orange roof painted: | X |  |
| Howard Johnson Gatelodge cupola removed: | X |  |

Has the logo and name been removed from the following items?

| Item | YES | NO | Item | YES | NO |
|---|:---:|:---:|---|:---:|:---:|
| Stationery/Pads/Pens |  | X | Soap/Shampoo |  | X |
| Directories/Brochures |  | X | Key Tags | X |  |
| Business Cards | X |  | Credit Card Imprinter | X |  |
| Folios/Reg. Cards | X |  | Laundry Bags | X |  |
| Do-Not-Disturb Cards |  | X | Name Tags/Uniforms | X |  |
| Comment Cards |  | X | Ice Buckets/Trays |  | X |
| Telephone Plates |  | X | Ashtray/Matches | X |  |
| Telephone Dialing Instructions |  | X | Plaques | X |  |
| TV Channel ID plates | X |  | Guest Checks/Receipts | X |  |
| Rate/Law Cards | X |  | Menus | X |  |
| Door Signage |  | X |  |  |  |

Comments: THEY STILL HAVE A DOT SIGN ON I-85 SOUTH BOUND EXIT 79. THE SUPER 8 OFFICE IS LOCKED AND CLOSED. THEY ARE OPERATING OUT OF THE DAYS INN OFFICE. A SUPER 8 BUIDING SIGN IS ABOVE THE DAYS INN LOBBY ENTRANCE.

QA Representative: _Rodney B. Oliver_

Print Name:      RODNEY B. OLIVER

Produced using ACI software, 800.234.8727 www.aciweb.com     PTOC 0626002

Quality Assurance

## De-Id Photographs

Unit #: 01999
Date:   09/13/2004

01999 091304 DE



**Primary Sign**



**Primary Sign**



GUEST ROOM ITEMS

GUEST ROOM ITEMS





GUEST ROOM ITEMS

BUILDING SIGN BY DAYS INN OFFICE ENTRANCE

01999 111504 DE



# POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: <u>SUPER 8 MOTEL</u>                UNIT: <u>01999</u>                DATE: <u>11/15/2004</u>

ADDRESS: <u>2314 S. BROAD AVE. (I-85 , EXIT 79)</u>

CITY: <u>LANETT</u>                                        STATE: <u>AL</u>

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  | X |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: | X |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  | X |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: | X |  |
| Howard Johnson Gatelodge orange roof painted: | X |  |
| Howard Johnson Gatelodge cupola removed: | X |  |

Has the logo and name been removed from the following items?

| Item | YES | NO | Item | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens |  | X | Soap/Shampoo | X |  |
| Directories/Brochures |  | X | Key Tags | X |  |
| Business Cards | X |  | Credit Card Imprinter | X |  |
| Folios/Reg. Cards |  | X | Laundry Bags | X |  |
| Do-Not-Disturb Cards |  | X | Name Tags/Uniforms | X |  |
| Comment Cards |  | X | Ice Buckets/Trays |  | X |
| Telephone Plates |  | X | Ashtray/Matches | X |  |
| Telephone Dialing Instructions |  | X | Plaques | X |  |
| TV Channel ID plates | X |  | Guest Checks/Receipts |  | X |
| Rate/Law Cards | X |  | Menus | X |  |
| Door Signage |  | X |  |  |  |

Comments: _____

_____

_____

_____

_____

_____

QA Representative: *Rodney B. Oliver*

Print Name:        <u>RODNEY B. OLIVER</u>

# De-Id Photographs

Unit #:  01999
Date:  11/15/2004

01999 111504 DEID



**Primary Sign**



**Primary Sign**



BUILDING SIGN



S8 LOGOED  PENS AT FRONT DESK



GUEST ROOM DIRECTORY IN ROOMS



LOGOED GUEST ROOM ITEMS

01999 031805 DEID



# C E N D A N T

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: SUP                          UNIT: 1999                    DATE: 03/18/2005

ADDRESS:  2314 SOUTH BROAD AVE

CITY: LANETT                                      STATE: AL

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  | X |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: |  | X |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | X |  |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: |  |  |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens | X |  | Soap/Shampoo | X |  |
| Directories/Brochures |  | X | Key Tags | X |  |
| Business Cards | X |  | Credit Card Imprinter | X |  |
| Folios/Reg. Cards | X |  | Laundry Bags | X |  |
| Do-Not-Disturb Cards | X |  | Name Tags/Uniforms | X |  |
| Comment Cards | X |  | Ice Buckets/Trays | X |  |
| Telephone Plates | X |  | Ashtray/Matches | X |  |
| Telephone Dialing Instructions | X |  | Plaques | X |  |
| TV Channel ID plates | X |  | Guest Checks/Receipts | X |  |
| Rate/Law Cards | X |  | Menus | X |  |
| Door Signage | X |  | | | |

Comments: DOT SIGNS==THE HIGH RISE AND THE GUEST ROOM DIRECTORIES =THE PROPERTY IS A DAYS INN

QA Representative: _Wilma S Clark_

Print Name:        WILMA CLARK

# De-Id Photographs

Unit #: 1999
Date:   03/18/2005

01999 031805 DEID



**Primary Sign**



**Primary Sign**









01999 061705 DEID



**C E N D A N T**

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: <u>SUPER 8 MOTEL</u>       UNIT: <u>01999</u>       DATE: <u>06/17/2005</u>

ADDRESS:  <u>2314 S. BROAD AVE.</u>

CITY: <u>LANETT</u>       STATE: <u>AL</u>

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: | X |  |
| Signage removed from interior public areas: | X |  |
| Billboards changed to remove name: | X |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  |  |
| Domain name removed from brochures & advertising: (www.motelname.com) | X |  |
| Returned confidential operations manuals & reservation equipment: |  |  |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| Item | YES | NO | Item | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens | X |  | Soap/Shampoo | X |  |
| Directories/Brochures | X |  | Key Tags | X |  |
| Business Cards | X |  | Credit Card Imprinter |  |  |
| Folios/Reg. Cards |  |  | Laundry Bags | X |  |
| Do-Not-Disturb Cards | X |  | Name Tags/Uniforms | X |  |
| Comment Cards | X |  | Ice Buckets/Trays | X |  |
| Telephone Plates | X |  | Ashtray/Matches | X |  |
| Telephone Dialing Instructions | X |  | Plaques | X |  |
| TV Channel ID plates | X |  | Guest Checks/Receipts |  |  |
| Rate/Law Cards | X |  | Menus |  |  |
| Door Signage | X |  | DOT SIGNS |  | X |

Comments: <u>DOT Signs on I-85 North and South Exit 79.</u>

QA Representative: *Rodney B. Oliver*

Print Name:    RODNEY B. OLIVER

# De-Id Photographs

Unit #: 01999
Date:    06/17/2005

01999 061705 DEID



**Primary Sign**



**Primary Sign**







01999 083105 DEID



## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: <u>SUPER 8 MOTEL</u>    UNIT: <u>01999</u>    DATE: <u>08/31/2005</u>

ADDRESS: <u>2314 S. BROAD AVE.  (I-85, EXIT 79)</u>

CITY: <u>LANETT</u>    STATE: <u>AL</u>

| | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: | | X |
| All additional exterior signage removed: | | |
| Signage removed from interior public areas: | | |
| Billboards changed to remove name: | | |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | | |
| Domain name removed from brochures & advertising: (www.motelname.com) | | |
| Returned confidential operations manuals & reservation equipment: | | |
| Howard Johnson Gatelodge orange roof painted: | | |
| Howard Johnson Gatelodge cupola removed: | | |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens | | | Soap/Shampoo | | |
| Directories/Brochures | | | Key Tags | | |
| Business Cards | | | Credit Card Imprinter | | |
| Folios/Reg. Cards | | | Laundry Bags | | |
| Do-Not-Disturb Cards | | | Name Tags/Uniforms | | |
| Comment Cards | | | Ice Buckets/Trays | | |
| Telephone Plates | | | Ashtray/Matches | | |
| Telephone Dialing Instructions | | | Plaques | | |
| TV Channel ID plates | | | Guest Checks/Receipts | | |
| Rate/Law Cards | | | Menus | | |
| Door Signage | | | DOT Sign | X | |

Comments: _____

_____

_____

_____

_____

_____

QA Representative: *Rodney B. Oliver*

Print Name:    RODNEY B. OLIVER

# De-Id Photographs

Unit #:  01999
Date:   08/31/2005

01999 083105 DEID





**Primary Sign**

**Primary Sign**









01999 112805 DEID



# POST TERMINATION OBLIGATIONS CHECKLIST

| | | |
|---|---|---|
| BRAND: SUPER 8 MOTEL | UNIT: 01999 | DATE: 11/28/2005 |
| ADDRESS: I-85 EXIT 79 | | |
| CITY: LANETT | STATE: AL | |

| | YES | NO |
|---|:---:|:---:|
| Primary signage removed/replaced/properly covered: | | X |
| All additional exterior signage removed: | | |
| Signage removed from interior public areas: | | |
| Billboards changed to remove name: | | |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate | | |
| Domain name removed from brochures & advertising: (www.motelname.com) | | |
| Returned confidential operations manuals & reservation equipment: | | |
| Howard Johnson Gatelodge orange roof painted: | | |
| Howard Johnson Gatelodge cupola removed: | | |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|:---:|:---:|---|:---:|:---:|
| Stationery/Pads/Pens | | | Soap/Shampoo | | |
| Directories/Brochures | | | Key Tags | | |
| Business Cards | | | Credit Card Imprinter | | |
| Folios/Reg. Cards | | | Laundry Bags | | |
| Do-Not-Disturb Cards | | | Name Tags/Uniforms | | |
| Comment Cards | | | Ice Buckets/Trays | | |
| Telephone Plates | | | Ashtray/Matches | | |
| Telephone Dialing Instructions | | | Plaques | | |
| TV Channel ID plates | | | Guest Checks/Receipts | | |
| Rate/Law Cards | | | Menus | | |
| Door Signage | | | | | |

Comments: _____

_____

_____

_____

_____

QA Representative: *Rodney B. Oliver*

Print Name:    RODNEY B. OLIVER

Produced using ACI software, 800.234.8727 www.aciweb.com.    PTOC:0028002

Quality Assurance

## De-Id Photographs

Unit #: 01999
Date: 11/28/2005

01999 112805 DEID



**Primary Sign**



**Primary Sign**





01999 121205 DEID

 **CENDANT**

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: SUPER 8 MOTEL                UNIT: 01999                DATE: 12/12/2005

ADDRESS: I-85 EXIT 79

CITY: LANETT                                STATE: AL

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: |  | X |
| All additional exterior signage removed: |  |  |
| Signage removed from interior public areas: |  |  |
| Billboards changed to remove name: |  |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  |  |
| Domain name removed from brochures & advertising: (www.motelname.com) |  |  |
| Returned confidential operations manuals & reservation equipment: |  |  |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| Item | YES | NO | Item | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens |  |  | Soap/Shampoo |  |  |
| Directories/Brochures |  |  | Key Tags |  |  |
| Business Cards |  |  | Credit Card Imprinter |  |  |
| Folios/Reg. Cards |  |  | Laundry Bags |  |  |
| Do-Not-Disturb Cards |  |  | Name Tags/Uniforms |  |  |
| Comment Cards |  |  | Ice Buckets/Trays |  |  |
| Telephone Plates |  |  | Ashtray/Matches |  |  |
| Telephone Dialing Instructions |  |  | Plaques |  |  |
| TV Channel ID plates |  |  | Guest Checks/Receipts |  |  |
| Rate/Law Cards |  |  | Menus |  |  |
| Door Signage |  |  |  |  |  |

Comments: _____

_____

_____

_____

_____

_____

QA Representative: *Rodney B. Oliver*

Print Name:        RODNEY B. OLIVER

# De-Id Photographs

Unit #:  01999
Date:    12/12/2005

01999 121205 DEID



**Primary Sign**

**Primary Sign**

Produced using ACI software, 800.234.8727 www.aciweb.com
Quality Assurance

01999 042806 DEID

_Primary_



# CENDANT

## POST TERMINATION OBLIGATIONS CHECKLIST

BRAND: Days Inn _____    UNIT: 01999 _____    DATE: 04/28/2006 _____

ADDRESS: I-85 Exit 79 _____

CITY: Lanett _____    STATE: AL _____

|  | YES | NO |
|---|---|---|
| Primary signage removed/replaced/properly covered: | X |  |
| All additional exterior signage removed: |  |  |
| Signage removed from interior public areas: |  |  |
| Billboards changed to remove name: |  |  |
| Stop answering phone: Days, HJ, Knights, Ramada, Super 8, Travelodge, Villager, Wingate |  |  |
| Domain name removed from brochures & advertising: (www.motelname.com) |  |  |
| Returned confidential operations manuals & reservation equipment: |  |  |
| Howard Johnson Gatelodge orange roof painted: |  |  |
| Howard Johnson Gatelodge cupola removed: |  |  |

Has the logo and name been removed from the following items?

| | YES | NO | | YES | NO |
|---|---|---|---|---|---|
| Stationery/Pads/Pens |  |  | Soap/Shampoo |  |  |
| Directories/Brochures |  |  | Key Tags |  |  |
| Business Cards |  |  | Credit Card Imprinter |  |  |
| Folios/Reg. Cards |  |  | Laundry Bags |  |  |
| Do-Not-Disturb Cards |  |  | Name Tags/Uniforms |  |  |
| Comment Cards |  |  | Ice Buckets/Trays |  |  |
| Telephone Plates |  |  | Ashtray/Matches |  |  |
| Telephone Dialing Instructions |  |  | Plaques |  |  |
| TV Channel ID plates |  |  | Guest Checks/Receipts |  |  |
| Rate/Law Cards |  |  | Menus |  |  |
| Door Signage |  |  | |  |  |

Comments: _____

_____

_____

_____

_____

QA Representative: _Rodney B. Oliver_____

Print Name: ____Rodney B. Oliver_____

Produced using ACI software, 800.234.8727 www.aciweb.com

Quality Assurance

**0025**

**Super 8**

PTOC0628002

Unit #:  01999
Date:    04/28/2006

01999 042806 DEID



**Primary Sign**                    **Primary Sign**

0026
**Super 8**