IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC., | ) |
| | ) |
|    Plaintiff, | ) |
| | )  CIVIL ACTION NO. |
|    v. | )  3:06cv206-MHT |
| | ) |
| JALA INVESTMENTS, INC., | ) |
| et al., | ) |
| | ) |
|    Defendants. | ) |

### ORDER

It is ORDERED that the motion for summary judgment (doc. no. 24) is set for submission, without oral argument, on November 22, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 7th day of November, 2006.

                                        /s/ Myron H. Thompson
                                    UNITED STATES DISTRICT JUDGE