UNITED STATES DISTRICT COURT
MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| SUPER 8 MOTELS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-06-cv-206-DRB |
| vs. | ) | |
| | ) | |
| JALA INVESTMENTS, INC., HIMAT, INC., | ) | |
| CHANDRAKANT PATEL, and | ) | |
| DHIRAJLAL PATEL, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS HIMAT, INC., CHANDRAKANT PATEL AND DHIRAJLAL PATEL'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

COME NOW Defendants Himat, Inc., Chandrakant Patel and Dhirajlal Patel, and hereby move this Court for an extension of fourteen days to file a response to Plaintiff's motion for summary judgment and show the Court as follows:

On Monday November 6, 2006 Plaintiff filed a motion for summary judgment. A response to this motion is due on November 22, 2006. Defendants request that they have the opportunity to depose Ms. Valerie Capers Workman, the maker of the affidavit on which Plaintiff relies for its motion for summary judgment prior to responding, however Ms. Workman is unavailable until the week of November 27, 2006. As such, Defendants request this Court allow Defendants to file their response on December 6, 2006.

Defendants represent to the Court that Plaintiff does not oppose this motion.

This the 16th day of November, 2006.

<u>\s\ John A. Christy</u>  
JOHN A. CHRISTY  
Georgia Bar No. 125518

Schreeder, Wheeler & Flint, LLP  
1600 Candler Building  
127 Peachtree Street, N.E.  
Atlanta, Georgia 30303  
(404) 681-3450  
K:\4995\2\Pleadings\motion for extension of time.doc

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the foregoing DEFENDANTS HIMAT, INC. AND PATELS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT upon opposing counsel via electronic means to the following:

> Kelly Fitzgerald Pate, Esq.
> Robin Garrett Laurie, Esq.
> Balch & Bingham, LLP
> P.O. Box 78
> Montgomery, AL  36101
>
> Perry G. Jackson, Esq.
> 2229 Morris Avenue
> Birmingham, AL  35203

This the 16th day of November, 2006.

> \s\ John A. Christy
> JOHN A. CHRISTY
> Georgia Bar No. 125518

Schreeder, Wheeler & Flint, LLP
1600 Candler Building
127 Peachtree Street, N.E.
Atlanta, Georgia 30303
(404) 681-3450