IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC., ) | |
| ) | |
|    Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 3:06cv206-MHT |
| ) | |
| JALA INVESTMENTS, INC., ) | |
| et al., ) | |
| ) | |
|    Defendants. ) | |

**ORDER**

It is ORDERED as follows:

(1) The motion for extension of time (doc. no. 28) is granted.

(2) The motion for summary judgment (doc. no. 24) is reset for submission, without oral argument, on December 6, 2006, with any opposing brief and evidentiary materials due by said date.

DONE, this the 16th day of November, 2006.

                /s/ Myron H. Thompson
          UNITED STATES DISTRICT JUDGE