UNITED STATES DISTRICT COURT
MIDDLE DISTICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JALA INVESTMENTS, INC., HIMAT, INC., )<br>CHANDRAKANT PATEL, and )<br>DHIRAJLAL PATEL, )<br>)<br>Defendants. )<br>_____) | No. 03-06-cv-206-DRB |

To:  Ms. Valerie Capers Workman
     c/o Kelly Fitzgerald Pate, Esq.
     Attorney for Plaintiff

**NOTICE OF DEPOSITION**

You are hereby notified that on the 1st day of December, 2006 at 9:00 a.m. eastern daylight time, the undersigned or an associate of the undersigned will proceed to take the deposition of Ms. Valerie Capers Workman, an employee of the Plaintiff, Super 8 Motels, Inc., as an agent of such Plaintiff, upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure. The deposition will be taken via videoconference at 1 Sylvan Way, Parsippany, New Jersey, 07054. The deposition will be taken before an officer by law authorized to take depositions and will continue from day to day until completed. You may attend and examine.

This the 28th day of November, 2006.

              \s\ John A. Christy
              JOHN A. CHRISTY
              Georgia Bar No. 125518
              Attorneys for Himat, Inc., Chandrakant
              Patel and Dhirajlal Patel

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 681-3450

      K:\4995\2\Pleadings\Notice of Deposition - Workman.doc

## **CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing NOTICE OF DEPOSITION upon opposing counsel via electronic means to the following:

      Kelly Fitzgerald Pate, Esq.
      Robin Garrett Laurie, Esq.
      Balch & Bingham, LLP
      P.O. Box 78
      Montgomery, AL  36101

      Perry G. Jackson, Esq.
      2229 Morris Avenue
      Birmingham, AL  35203

This the 28th day of November, 2006.

      \s\ John A. Christy
      JOHN A. CHRISTY
      Georgia Bar No. 125518
      Georgia Bar No. 125518
      Attorneys for Himat, Inc., Chandrakant Patel and Dhirajlal Patel

Schreeder, Wheeler & Flint, LLP
1100 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 681-3450