IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv206-MHT |
| ) | |
| JALA INVESTMENTS, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

It is ORDERED that the motion to dismiss (doc. no. 30) is set for submission, without oral argument, on December 6, 2006, with all briefs due by said date.

DONE, this the 29th day of November, 2006.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE