IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | |
|---|---|
| SUPER 8 MOTELS, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 3:06cv206-MHT |
| ) | |
| JALA INVESTMENTS, INC., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

The court having been informed that this cause is now settled, it is ORDERED as follows:

(1) All outstanding motions are denied as moot.

(2) The parties are allowed until January 8, 2007, to file their settlement papers.

DONE, this the 5th day of December, 2006.

　　　　　　　　　　　　　  /s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE