UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| **SUPER 8 MOTELS, INC.** ) | |
| ) | |
|     **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:06-cv-00206-MHT |
| ) | |
| **JALA INVESTMENTS, INC., et al.** ) | |
| ) | |
|     **Defendant.** ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

The parties, through their respective counsel, hereby respectfully request a thirty-day extension of the January 8, 2007 deadline to file appropriate papers in light of the parties' settlements. (*See* doc. no. 38). The parties expect to be ready to file a joint stipulation of dismissal on or before February 7, 2007. As grounds for this motion the parties state as follows:

1. The parties reached a settlement in principle in this case as represented to the Court on December 4, 2006 (doc. no. 35).

2. Settlement paperwork has been drafted and the parties are presently completing final review and revision of the documents.

3. The parties are working together to finalize and execute the necessary paperwork.

4. The parties are confident that all settlement paperwork can be finalized in the next 30 days and the parties will be able to file a joint stipulation of dismissal within that time.

WHEREFORE, the parties request that the Court allow them an additional 30 days, up to and including February 7, 2007, to finalize the settlements and to file the appropriate papers with the Court and the parties ask that all other deadlines be stayed.

175651.1

Respectfully submitted this 8th day of January, 2007.

| | |
|---|---|
| s/ Kelly F. Pate | s/ John A. Christy |
| One of the Attorneys for Plaintiff, Super 8 Motels, Inc. | One of the Attorneys for Defendants, Himat, Inc., Chandrakant Patel, and Dhirajlal Patel |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Robin G. Laurie (LAU006) | John A. Christy, Esq. |
| rlaurie@balch.com | Schreeder, Wheeler & Fling, LLP |
| Kelly F. Pate (FIT014) | 1600 Candler Building |
| kpate@balch.com | 127 Peachtree Street, N.E. |
| Balch & Bingham LLP | Atlanta, Georgia 30303 |
| P. O. Box 78 | |
| Montgomery, Alabama 36101 | Shannon L. Holliday, Esq. |
| (334) 834-6500 | Copeland Franco Screws & Gill, P.A. |
| (334) 269-3115 fax | 444 South Perry Street |
| | Montgomery, Alabama 36104 |

s/ Perry G. Jackson
One of the Attorneys for Defendant JALA Investments, Inc.

OF COUNSEL:
Perry G. Jackson, Esq.
Roberts & Fish P.C.
Lakeshore Park Plaza
2204 Lakeshore Drive, Suite 205
Birmingham, AL 35209

175651.1